# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC                    MDL No. 2327
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO

Civil Action No.:  **2:14-cv-09072**                    **Michelle Geery**
                                                        **Name of Plaintiff**


<u>**CASE SPECIFIC EXPERT REPORT OF BRUCE ROSENZWEIG, M.D.**</u>

I am Bruce Rosenzweig, M.D. Any and all medical opinions rendered in this report represent my opinions, all held to a reasonable degree of medical certainty, and are based to a reasonable degree of medical probability and are based on scientifically reliable evidence.

## I. BACKGROUND AND QUALIFICATIONS

I am currently an Assistant Professor of Obstetrics and Gynecology at Rush University Medical Center in Chicago, Illinois. I received my MD degree in 1984 from the University of Michigan in Ann Arbor, Michigan. Following graduation from medical school, I completed an Obstetrics and Gynecology Residency at Michael Reese Hospital in Chicago. In 1988, I attended a one-year pelvic surgery fellowship at State University of New York in Syracuse, New York. Following that fellowship, I attended a two year Urogynecology and Urodynamic fellowship at UCLA Harbor General Hospital in Torrance, California. After graduating from the Urogynecology fellowship, I became a faculty member at the University of Illinois in Chicago. I started a Urogynecology program at the University of Illinois and also was the residency program director.

In 1998, I went into private practice, and subsequently established a private practice at

Rush University Medical Center. I have also worked at John H. Stroger Hospital here in Chicago from May 2003 until November 2010 and Weiss Memorial Hospital as Associate Chair of Gynecology from February 2011 until July 2012. I have published numerous articles and given numerous lectures on the topics of pelvic organ prolapse, urinary incontinence and repair of pelvic organ prolapse.  My full qualifications are set forth in my Curriculum Vitae attached to this Report as Exhibit A.

Throughout my career, I have performed over a thousand pelvic floor surgical procedures, including abdominal sacrocolpopexy, uterosacral suspensions, sacrospinous ligament fixations, native tissue repairs, biological graft repairs and synthetic mesh repairs. I have also used numerous synthetic pelvic mesh products, including both POP and SUI products. In addition, I have performed over 350 surgeries dealing with complications related to synthetic mesh, including the removal of numerous Ethicon devices.   I was also invited by at least one mesh manufacturer to, and attended, both a POP mesh training seminar and SUI mesh training seminar overseas. In addition, I was also invited and attended training on another POP kit, the Bard Avaulta.  I have expertise and knowledge regarding the pelvic floor and its reaction to materials and devices.  I have also invented and designed products for gynecological uses.   In addition, as discussed more fully below, I have reviewed numerous Instructions for Use and have approved and drafted Instructions for Use for products.

A list of all other cases in which, during the previous 4 years, I have testified as an expert at trial or by deposition is attached as Exhibit B.

## II. BASIS OF OPINIONS

In formulating my opinions and preparing this report, I reviewed scientific literature, corporate documents from Johnson & Johnson and Ethicon, Inc. (collectively referred to herein as "Ethicon"), depositions of Ethicon employees, and the records and depositions specific to

Michelle Geery's case.  All of the opinions I have are to a reasonable degree of medical and scientific certainty. I understand discovery is still ongoing in this case, and I reserve my right to amend my opinions if further information is provided in any form including, but not limited to corporate documents, depositions, and the expert reports of both Plaintiff and Defense experts. The materials I have reviewed and relied upon to form my opinion for this report are attached as Exhibit C, as well as the documents cited throughout this report.  I have also relied upon my general causation TVT-O report in the MDL as well as the General Prolift report of Daniel S. Elliott.

## III.  FINDINGS RELATED TO MICHELLE GEERY

I reviewed the pertinent medical records and depositions pertaining to the care of Ms. Michelle Geery and below are my opinions of her care, surgery, and treatment, as well as her diagnosis and prognosis.

### A.  SUMMARY OF MEDICAL TREATMENT

At the time of her TVT-O and Prolift implant, Ms. Geery was a 52-year-old gravida 5, para 3114. She has had 1 preterm of twins. She has also had two vaginal deliveries and two cesarean sections. Her past medical history was remarkable for endometriosis, RLS, A-fib, LBP, OA, asthma, allergies, and coronary artery disease. Her past surgical history was remarkable for total abdominal hysterectomy for endometriosis, abdominoplasty, as well as septoplasty, anterior posterior repair, C-section, lumbar fusion and dysplasia. [1] She was a former smoker.

On September 19, 2005, Ms. Geery received treatment from Dr. Virgil Davila with reports of difficulty urinating.[2]  Dr. Davila's assessment was "fairly large cystocele (3+) as well

---

[1] GERRYM_PASSO_MDR00003.
[2] *Id.* at 00005-6.

as a rectocele and vaginal vault prolapse".[3] Accordingly, Dr. Vagila recommended anterior/posterior repair with Prolift and surgical intervention for incontinence.[4]

On May 16, 2006, Ms. Geery was subsequently implanted with anterior and posterior Prolift and TVT-O,[5] Johnson & Johnson products. The operative report states:

> The urethra appeared to have a tight band that was probably due to a previous TVT. The dissection of the bladder from the pubocervical fascia was taken down all the way down to the level of the ischial spine bilaterally after which the bladder was reduced using 2-0 Vicryl due to the large bladder. The enterocele was then found. Which was reduced as well and it was purse stringed in order to make sure that it will not recur again.[6]

Following dissection, the mesh was placed "without difficulty and was trimmed in the usual fashion".[7] According to the operative report, "The TVT obturator was then performed in the usual fashion without difficulty making sure that it was lateral and in the mid urethral area after making sure that it was placed. It was adjusted; it was kept very loose."[8] The pathology report from a bladder biopsy showed fragments of benign bladder wall with mild chronic inflammation.[9]

On May 22, 2006, Ms. Geery returned to Dr. Davila for a post-operative check.[10]  At that time Dr. Davila noted the following regarding Ms. Geery:

> Michelle is doing much better. She is status post anterior-posterior release of previous TVT and a TVT obturator was placed also. The patient is doing rather well. Examination today is essentially unremarkable. The patient claims she is urinating very well now. She will follow up in a couple of weeks.[11]

---

[3] *Id.*
[4] *Id.*
[5] GERRYM_PSR_00999.
[6] *Id.* at 01025-6.
[7] *Id.* at 01026.
[8] *Id.*
[9] *Id.* at 00545.
[10] GERRYM_PASSO_MDR00002.
[11] *Id.*

On August 21, 2006, Ms. Geery was seen again by Dr. Davila for complaints of pelvic pain.[12] She described LB and coccygeal pain. During this visit, Dr. Davila recommended Ms. Geery proceed with treatment from a chiropractor and recommended an MRI if she continued having pain."[13] Ms. Geery received an MRI at Boston Diagnostic Imaging on August 23, 2007, which revealed right lateral and paramedian disc herniation, mild circumferential bulge, and degenerative facet joint changes.[14]

On September 12, 2006 an MRI L-spine showed moderate disc bulge L2-3. L3-4 with moderately severe degenerative facet joints for L2 through S1.

On February 17, 2009, Ms. Geery was evaluated at Palm Springs Family Care for complaints of frequency, pressure, and burning with urination.[15] The physician's assessment indicated urinary tract infection, hypertension, menopause with symptoms, and hyperlipidemia.[16] Ms. Gerry returned to Palm Springs Family Care on April 21, 2009 for "pressure and burning" when voiding.[17] The assessment indicated urinary tract infection, menopause, and insomnia.[18] On May 20, 2010 Ms. Geery contacted Palm Springs Family Care to request medication for her frequent urinary tract infections.[19]

On August 6, 2010, Ms. Geery was evaluated by Dr. Sanjay Tandon for pelvic pressure and prolapse.[20] During the examination, Dr. Tandon's records reflect that Ms. Geery reported

---

[12] *Id.* at 00001.
[13] *Id.*
[14] GEERM_PSFC_MDR00577.
[15] *Id.* at 00451.
[16] *Id.*
[17] *Id.* at 00447.
[18] *Id.* at 00447.
[19] *Id.* at 00440.
[20] GEERM_PSR_03454.

that it "feels like something is in the vagina."[21] Dr. Tandon discussed therapy options with Ms. Geery, including pelvic floor rehabilitation, vaginal repairs, and abdominal surgical repairs.[22]

Subsequently, on October 5, 2010, Ms. Geery was examined by Dr. G. Willy Davila for dyspareunia and dysfunctional voiding.[23] During that examination, Dr. Davila found mild atrophy, pain in vestibule.  He noted the pain was not localized along mesh but a stretch of unprotected mucosa. Dr. Davila prescribed vaginal estrogen cream for her "urogenital atrophy and vaginal symptoms" and recommended "Urodynamic testing to clarify the nature of her voiding dysfunction".[24]

On November, 13, 2012, Dr. Kristin Jackson conducted a new patient evaluation on Ms. Geery at Advanced Urogynecology LLC.[25] Ms. Geery reported she was experiencing problems with "dyspareunia, pain when swimming in pool, pain with sitting long times, pain with exercise, rectal leakage, and needs to move around on toilet to urinate"[26] On exam the posterior mesh was tender esp at deep lateral arms.  The anterior mesh tender eso at left superficial arm.

Dr. Jackson's impressions at the November 13, 2012 visit were that Ms. Geery had "vaginal enterocele, congenital or acquired", "dyspareunia", and "pain and other symptoms associated with female genital organs."[27]

On November 19, 2012, Ms. Geery returned to Dr. Jackson for pelvic floor physical therapy .[28]  The EMG Assessment revealed:

---

[21] *Id.*
[22] *Id.*
[23] GERRYM_PSR_00952.
[24] *Id.* at 00954.
[25] *Id.* at 00962.
[26] *Id.*
[27] *Id.* at 00964.

>  Pelvic Floor Contraction Measurement: 5 uV; initial
>  Pelvic Floor Relaxation Measurement: 0.1; initial
>  Adominal Contraction Measurement: 3.2 uV; initial"[29]

Ms. Geery's contraction strength was 1.9 mmHg.[30]   The physical therapy also consisted of five repetitions of contraction holds for five seconds each with a five second relaxation period between each."[31]   Dr. Jackson planned to proceed with another therapy session the following week.[32]

Ms. Geery continued her course of pelvic floor physical therapy on December 5, 2012,[33] December 17, 2012,[34] December 27, 2012,[35] January 11, 2013,[36] and January 17, 2013.[37] As of her January 17, 2013 physical therapy session, Ms. Geery's pain had not improved throughout the course of her therapy, and she was still experiencing leakage, which requires her to wear a panty liner every day.[38]

On July 2, 2013, Ms. Geery was evaluated by Dr. James Badman at Palm Springs Family Care.[39] Ms. Geery reported that she was experiencing pain, which "comes from jumping up and down or similar movements" as well as pain that "interrupts her sleep".[40] Dr. Badman's impressions were Insomnia, Female pelvic, pain, depressive disorder, and anxiety state.

---

[28] *Id.* at 00966.
[29] *Id.*
[30] *Id.*
[31] *Id.*
[32] *Id.* at 00967.
[33] *Id.* at 00968-970.
[34] *Id*. at 00973-975.
[35] *Id.* at 00976-978.
[36] *Id.* at 00981-983.
[37] *Id.* at 00986.
[38] *Id.*
[39] GEERYM_PSFC_MDR00278.
[40] *Id.*

On March 14, 2014, Dr. Badman's notes indicate Ms. Geery had complaints of lower back pain after her pelvic surgery. At a consultation on November 25, 2014, Dr. Badman's notes indicated Ms. Geery was still experiencing "chronic pelvic pain from pelvic mesh surgery."[41]

Dr. Badman evaluated Ms. Geery again on March 17, 2015. The history of present illness reflects, "Patient still continues to have chronic lower pelvic pain secondary to mesh."[42] Similarly, on May 8, 2015, Ms. Geery was evaluated at Palm Springs Family Care with for reports that she "sill continues to have vaginal pain chronically since mesh surgery."[43]

On October 8, 2015, Dr. Kristin Jackson performed a cystoscopy, which revealed no mesh in Ms. Geery's bladder.[44] On October 20, 2015, Dr. Jackson performed surgical intervention to remove mesh.  The indication was chronic back pain, low abdominal pain bilateral and vaginal pain.  Has been unable to be sexually active and fels prolapsed.  During the procedure band of mesh palpable at both distal and proximal edges of anterior vaginal wall which was tight and on office exam reproduced some of her pain.  A particular band of mesh followed the path of a TO sling.  The pathology showed an aggregate 2.5 x 2.5 x 0.5 cm of synthetic mesh with fibro connective tissue and foreign body type reaction.[45] At the end of the procedure, Dr. Jackson recommend an abdominal repair with sacral colpopexy.[46]

On March 4, 2016, Dr. Emily Lebrun performed a pre-operative evaluation on Ms. Geery for pelvic pain and prolapse. Ms. Geery described her pain symptoms as being "exacerbated by intercourse and water jogging". [47] She also reported feeling a "clip" on the bottom of her spinal

---

[41] *Id.* at 00154.
[42] *Id.* at 00110.
[43] *Id.* at 00063-69.
[44] GERRYM_PSR_01733-1738.
[45] *Id.* at 01744-01746; 01765.
[46] *Id.* at 01746.
[47] *Id.* at 1504-1506.

cord with a weight.[48] An exam found posterior Prolift anchor felt – pain when placed under tension. It was difficult to ascertain anterior mesh vs scar.  There was no tenderness under the urethra or in midline posterior wall.  Dr. Lebrun informed Ms. Geery that "her pelvic pain may never completely resolve and that post-op physical therapy may be an essential tool."[49] Dr. Lebrun's plan included "vaginal enterocele repair/USLS and possible posterior mesh excision, depending on results on local injection."[50]

On March 16, 2016, Dr. Lebrun performed an excision of posterior mesh, uterosacral suspension, cystoscopy, and anterior and posterior repair.[51] During the procedure, Dr. Lebrun removed "two portions of tan-pink mesh material with adherent soft tissue, measuring 2.0 x 0.5 x 0.3 cm and 3.5 x 3.0 x 0.5 cm".[52]

On June 16, 2016, Dr. Stephen Goll evaluated Ms. Geery for presacral pain. Dr. Goll's impression was "Chronic pelvic pain". Dr. Goll's discussion and plan included continuing treatment through the pelvic pain clinic and referral to a pain management physician.[53]

Ms. Geery was examined at the Pain Medicine Center by Dr. David Jager on July 18, 2016 for posterior, pelvic, sacral pain. Ms. Geery reported her pain was worse with sitting and "sometimes" present while standing and walking.[54] Dr. Jager discussed a chronic pain regimen with Ms. Geery and planned to proceed with "CT scan of her pelvis, sacrum and SI joints to assess this area to assure there are no other causes for her ongoing pain problem".[55] Dr. Jager

---

[48] *Id.*
[49] *Id.*
[50] *Id.*
[51] *Id.* at 01511-1513.
[52] *Id.* at 00474.
[53] *Id.* at 03832-3834.
[54] PSR03770-3772
[55] *Id.*

also discussed the possibility of a "caudal steroid injection w/ local anesthestic" to help manage her pain.[56]

On July 29, 2016, Ms. Geery had a physical therapy appointment at the Pelvic Health Rehabilitation Center. Ms. Geery reported that she "feels pain all the time."[57] She was recommended manual/mobilization techniques, a home exercise program, and self-care management, as well as continuous physical therapy one to two times per week for the following ten weeks.[58]

On August 5, 2016, Ms. Geery was evaluated by Dr. Jager to discuss her ongoing chronic pain regimen. Dr. Jager suggested Ms. Geery undergo a trial of caudal epidural steroid injections "to see if this gives her some improvement in her ongoing posterior pelvic and sacral pain."[59] On August 22, 2016, Dr. Jager administered a caudal epidural steroid injection under fluoroscopic guidance with IV sedation and epidurogram.[60] Dr. Jager administered a follow up injection on September 1, 2016.[61] Dr. Jager noted that Ms. Geery "did have improvement from a caudal epidural steroid injection performed 8/22/2016", but Ms. Geery reported her pelvic floor therapy "is not helpful in terms of her pain."[62] Dr. Jager administered follow-up caudal epidural steroid injection on September 30, 2016.[63] Ms. Geery reported improvements with some of her pelvic pain and her ability to walk, but she continued to have difficulty with sacral pain, right greater than left.[64]

---

[56] *Id.*
[57] *Id.* at 01835.
[58] *Id.*
[59] *Id.*  at 03752-03753.
[60] *Id.* at 03673-03674.
[61] *Id.* at 03732-03733.
[62] *Id.*
[63] *Id.* at 03714-03715.
[64] *Id.*

On January 4, 2017, Ms. Geery was evaluated at the Pain Medicine Clinic by Kristy Kelly, ARNP to discuss further injection therapy.[65] Ms. Geery reported "ongoing posterior pelvic and sacral pain", and she was quite tearful during the examination.[66]

On May 9, 2017, Dr. Badman performed an evaluation on Ms. Geery for mesh complications.[67] An eam revealed vagina with TTP at arms of anterior and posterior mesh. Grade 1 cystocele and rectocele.  PVR 46ccDr. Badman's plan was to schedule Ms. Geery for complete removal of the mesh.[68]

Dr. Sholomo Raz performed a cystoscopy on Ms. Geery on October 11, 2017 for her history of mesh complications.[69] During the cystoscopy, no lesions of the bladder or urethra were visualized.[70] Dr. Raz then scheduled Ms. Geery for completion of removal of all mesh.[71]

On October 12, 2017 a pelvic ultrasound found mesh segments noted posterior to midline.  An MRI pelvis found Grade 2 hiatal enlargement, Grade 3 pelvic floor descent and Grade 1 cystocele, grade 2 vaginal prolapse and rectocele and grade 3 perineocele.

On October 13, 2017, Dr. Raz performed and exploration and removal of mesh.[72] According to Dr. Raz's operative report, "The mesh was fixed to the periosteum of the pubic bone and the mesh removal required a very delicate and deep dissection of the pubic bone while preserving vascular supply and avoid nerve injury."[73] On removal of the sling there was a 1 or 2 mm entrance of urethra occurred to deep penetration of the mesh. The specimen removed

---

[65] *Id.* at 03696.
[66] *Id.*
[67] *Id.* at 01902-1908.
[68] *Id.*
[69] *Id.* at 02154-02159.
[70] *Id.* at 02159.
[71] *Id.*
[72] *Id.* at 02259-02261
[73] *Id.*

consisted of "5.5 x 5.0 x 0.7 cm aggregate of tan-brown firm fibrous tissue with focal area showing tan-pink smoother, possible mucosal tissue."[74]

On March 1, 2018, Dr. William Honeycutt of Neurology Associates, PA evaluated Ms. Geery for complaints of pain in the pelvic area and lower extremities.[75] Dr. Honeycutt's assessment was Lumbago with sciatica, right side – M54.41 (primary), Pelvic and perineal pain – R10.2, and Spinal stenosis of lumbar region with neurogenic claudication – M48.062.[76]

### B. MEDICAL EXAMINATION

May 10, 2019

Location: Rush University Medical Center

Professional Bldg Suite 358

Chicago, IL 60612

Ms. Geery is a 66 year old gravida 5 para 3114. She has had 1 preterm of twins. She has had 2 vaginal deliveries and cesarean sections. Her last menstrual period was at age 41 and it was surgically induced. Her last pap was in 2016 and was normal. Her last mammogram was in 2017 and was normal.

She is allergic to Iodine, Codeine, Bactrim, Penicillin and mold. Her medications include Atenolol, Cardizem, Benicar, Ditropan, stool softeners, clonazepam, ambien, zolpidem, hydromorphone, Zoloft and progesterone.

Her medication history is remarkable for hypertension, a remote history of restless leg syndrome, coronary artery disease, asthma, hypothyroidism, anxiety depression, osteoarthritis and endometriosis.

---

[74] *Id.* at 02433.
[75] GEERYM_NEUROLAS_MDR00013.
[76] *Id*. at 00014.

Her surgical history is remarkable for a hysterectomy, a tummy tuck, a nasal septum repair, anterior posterior repair, lumbar fusion, a mid-urethral sling and mesh placement and 3 revision surgeries. She has had 2 vaginal deliveries and 2 C-sections. One of her C-sections was pre-term twin delivery and she has had a miscarriage. Her menses began at age 12. She denies any history of STD's. She has had abnormal paps. She had CIN twice in the past. Her family history is remarkable for diabetes in her mother and heart disease in her father. She is a former smoker and has a history of alcohol use in the past.

Prior to her mesh procedure she had symptoms of pelvic organ prolapse. She could feel something coming out of her vaginal, which lead to pressure. She cannot recall if she had stress incontinence but she did urinary frequency. She denied urgency, pelvic pain, vaginal pain and dyspareunia. She was not having urinary tract infections and she could empty her bladder completely.

After her mesh procedure she noted almost immediately that she was having back pain. It was sharp stabbing and achy. She could not sit or stand for long periods of time. It felt like she had a clamp on her tail bone with a heavy weight pulling it down. Initially she did not have vaginal or what she believed to be pelvic pain however her pain progressed with her revision surgeries and it progressed to a burning pain in her vagina and vulva that shoots up toward her buttocks. She did have dyspareunia with introduction however her partner did not report any pain. She was getting frequent urinary tract infections or symptoms of urinary tract infections. She was not emptying her bladder and she had urgency.

Since her last revision the pain is still present. It is a burning pain that shoots through her buttocks and the stabbing pain is still present. She cannot tolerate intercourse because of the

pain. She is totally incontinent and also has enuresis. She has incomplete bladder emptying, frequency, urgency, frequent urinary tract infections and fecal incontinence.

On exam she is 5'4" tall and weighs 236 lbs. Her blood pressure is 157/76 and her pulse is 66. Her HEENT exam is normal. Her sensorium is normal. There is no back or CVA tenderness. Her abdomen shows a high Pfannesteil incision. Her abdomen is soft non-tender. Her lower extremities have a slight degree of edema. Her abductor and adductor are of a normal strength. Her abductor muscles are tender left greater than right 4 – 10. She does have a mild to moderate degree of vaginal atrophy. Her supine stress test is negative. She does have an apical prolapse to just before the hymen. She has a short vaginal canal that measures approximately 3 – 4 cms in length.

On exam her levators muscles are tender out bilaterally left greater than right. The left is 8 – 10 and the right is 6 – 10. There is a band of scar across the mid vagina in the location of where the Trans-Obturator sling would be. There is no palpable mesh however this band does go out to the obturator base. Her obturator internus muscles are tender bi-laterally. The left is 10 – 10 and the right is 8 – 10. The cervix and uterus are absent. Her adnexa are non-palpable.

**C.  OPINIONS**

Based upon my review of Mrs. Geery's medical records, my experience and education, my review of deposition transcripts, internal Ethicon company documents, and my extensive review of the available medical literature, I currently hold the following opinions to a reasonable degree of medical certainty:

> 1.  That Dr. Virgil Davila's care and treatment of Mrs. Geery met the standard of
>     care. The TVT-O and Prolift implant procedure were indicated to treat Mrs.
>     Geery's symptoms of stress urinary incontinence and pelvic organ prolase. Dr.

Davila's care was within the standard of care, with no evidence of surgeon error or deviation from the procedural steps. Similarly, it is my opinion that Dr. Jackson's, Dr. LeBrun's, and Dr. Raz's subsequent care and treatment of Mrs. Geery met the standard of care. Dr. Jackson's, Dr. LeBrun's, and Dr. Raz's pre-operative evaluations of the patient met the standard of care. The mesh excision procedures were indicated due to the Prolift and TVT-O mesh complications and associated complaints including, but not limited to, mesh tender to palpation reproducing pelvic pain, vaginal pain, dyspareunia, and infection, and the excision procedures were performed within the standard of care with no evidence of surgeon error or deviation from the standard of care for treating mesh-related erosions and associated complications.

Based upon my review of Mrs. Geery's medical records, my experience and education, my review of deposition transcripts, internal Ethicon company documents, my extensive review of the available medical literature, and the medical records of Mrs. Geery,[77]   I have formed opinions regarding Mrs. Geery's current complications as follows:

In coming to those conclusions, a broad differential diagnosis was reviewed and considered her medical history prior to the mesh implant procedure as detailed above.  This included: she was a gravida 5, para 3114. She has had 1 preterm of twins. She has also had two vaginal deliveries and two cesarean sections. Her past medical history was remarkable for endometriosis, RLS, A-fib, LBP, OA, asthma, allergies, and coronary artery disease. Her past surgical history was remarkable for total abdominal hysterectomy for endometriosis, abdominoplasty, as well as

---

[77] I reserve my right to exam Mrs. Geery prior to the time of trial and to supplement my report following my examination if the examination impacts upon my opinions.

septoplasty, anterior posterior repair, C-section, lumbar fusion and dysplasia. [78]  Despite some vague mention in the records, she never had a TVT implanted prior to the May 16, 2006 surgery. She was a former smoker.

1.  I have also considered her medical history following the mesh implant procedure, which includes: multiple mesh complications and mesh excision procedures. None of these factors increased the risk for developing her symptoms.  I have specifically ruled out her post-implant procedures.  All of these pelvic procedures preceded the TVT-O and Prolift procedure and would have caused pain prior to placement of the TVT-O and Prolift if they were etiologic factors and would have produced pain symptoms in different locations than the pain she experienced from the TVT-O and Prolift device.  It is my opinion that the hysterectomy successfully treated Mrs. Geery's conditions, pre-implant, and resolved her conditions.  Mrs. Geery remained pain-free for many years prior to her Prolift and TVT-O implant.

2.  Importantly, when Mrs. Geery underwent vaginal examinations by the physicians who were treating her vaginal pain and dyspareunia, her treating physicians were able to reproduce Mrs. Geery's pain and dyspareunia by palpating the Prolift and TVT-O mesh device.  This provides strong evidence that the Prolift and TVT-O mesh was and remains the most likely cause of Mrs. Geery's chronic vaginal pain and dyspareunia.

3.  I ruled out the hysterectomy as all her subsequent complaints were related to the location of the mesh, not the location of her hysterectomy.  I ruled out smoking as

---

[78] GERRYM_PASSO_MDR00003.

she did not suffer from poor wound healing.  I ruled out her low back issues as her pain was found to be reproduced upon palpation of the mesh.  I rule out vaginal atrophy as she had been on local estrogen therapy.  I rule out the prior native tissue surgery.

I have come to the following conclusions regarding Mrs. Geery's conditions to a reasonable degree of medical certainty:

1. As a result of the implantation of the TVT-O and Prolift mesh product, including the mesh characteristics discussed below and within my general expert report, and the subsequent reactions and surgical revisions, Mrs. Geery has sustained the following injuries, which are most likely permanent in nature: the need for mesh excision procedures, recurrent SUI urinary frequency and nocturia, pelvic pain, vaginal pain, voiding dysfunction, and dyspareunia.

2. It is my opinion, to a reasonable degree of medical and scientific certainty, that the debilitating injuries suffered by Mrs. Geery, which are listed above, were directly caused by the Prolift and TVT-O mesh device, including the following polypropylene mesh characteristics: (a) degradation of the mesh; (b) chronic inflammation and chronic foreign body reaction; (c) mesh that was never meant to be implanted inside the human body and is incompatible with the naturally occurring condition of the vagina including peroxides and bacteria; (d) deformation, stiffness and rigidity of the mesh, fraying, roping, cording, curling and sharp edges of the mesh; (e) loss of pore size with tension; (f) fibrotic bridging leading to scar plate formation and mesh

encapsulation; (g) shrinkage/contraction of the encapsulated mesh; and (h) the difficulty and/or impossibility of removing the devices.

Based upon my medical education, experience, my review of the currently available medical literature, and Mrs. Geery's medical records, I have come to the following conclusions regarding Mrs. Geery's prognosis and chance for recovery to a reasonable degree of medical certainty:

1. It is my opinion to a reasonable degree of medical certainty that Mrs. Geery will have continued and ongoing complications and need additional medical treatments in the future related to the permanent complications she suffered from the inadequacies and implantation of the Prolift and TVT-O. Despite her physicians' efforts, pieces of the Prolift and TVT-O still likely remain in Mrs. Geery's pelvic tissue. There is nothing else contained in Mrs. Geery's medical records, other than the presence of the Prolift and TVT-O in her body, that could account for her chronic pain and dyspareunia. Therefore, Mrs. Geery will continue to suffer from long-term risks of future erosion, infection, vaginal pain and pelvic pain. She will likely also experience chronic foreign body reaction and chronic inflammation. These risks remain for as long as the mesh remains in her body. Therefore, Mrs. Geery may need additional surgery to remove any remaining mesh as well as the possibility of additional vaginal surgeries for vaginal scarring, pelvic pain, and recurrent infections, and will likely continue to suffer other injuries associated with the original implantation of the device. Mrs. Geery will likely require pelvic floor therapy and physical therapy to alleviate her symptoms stemming from the implant of

the mesh.  I highly recommend that Mrs. Geery be followed up with a continuum of care, including but not limited to, physical therapy, counseling, biofeedback therapy, and/or Botox therapy for her chronic pain, which may or may not be ultimately successful. This continuum of care could range anywhere from 6 months to 5 years. This continuum of care is time-consuming, socially disruptive, very expensive, and not usually covered by insurance.

2. Mesh Complications Requiring Excision/Revision Procedure: Prognosis is poor.  It is highly unlikely, even with aggressive physical therapy, biofeedback, medication use and/or surgical intervention, for Mrs. Geery to have complete resolution of the mesh complications.  More likely than not, she will require future surgery to treat symptomatic mesh erosion as remnants of the Prolift and TVT-O remain in her body and will continue to cause chronic/permanent inflammation, foreign body reaction, scarring, future erosions, pain and associated complications.

3. Chronic Pain (pelvic pain, vaginal pain and dyspareunia): Prognosis is poor. It is highly unlikely, even with aggressive physical therapy, biofeedback, medication use and/or surgical intervention, for Mrs. Geery to have complete resolution of her chronic pain and dyspareunia.

4. Urinary Dysfunction (recurrent stress urinary incontinence, urinary frequency, nocturia voiding dysfunction):  Prognosis is poor.  It is highly unlikely, even with aggressive physical therapy, biofeedback, medication use and/or surgical

intervention, for Mrs. Geery to have complete resolution of the urinary dysfunction.

5. Other Pelvic and Vaginal Problems (scarring, FBR, degradation, migration, inflammation): Prognosis is poor.  It is highly unlikely, even with aggressive physical therapy, biofeedback medication use and/or surgical intervention, for Mrs. Geery to have complete resolution of her pelvic and vaginal problems.

Based upon my review of Mrs. Geery's medical records, my experience and education, my review of depositions, internal Ethicon documents and review of the available medical literature, I currently hold the following opinions to a reasonable degree of medical certainty:

1. Mrs. Geery was not able to make a fully informed medical decision regarding the implantation of the Prolift and TVT-O mesh because Ethicon failed to fully disclose the risks and complications (both early and late) in the Prolift and TVT-O Instructions for Use. As discussed above, and elsewhere in this report, Mrs. Geery did not receive information about the above risks because Ethicon did not disclose them fully in its IFUs, and surgeons, including the implanting surgeon in Mrs. Geery's case, were not made aware of them.  This is true despite information readily available to Ethicon about these risks, which predate the launch of the devices.  Because of this, Mrs. Geery's implanting surgeon could not pass this information on to her and properly consent her about the risks associated with the Prolift and TVT-O devices. Mrs. Geery was unable to make a fully informed decision about having the devices implanted.  As a result, to a reasonable degree of medical certainty, Mrs. Geery suffered injuries that were not disclosed by Ethicon, and the

inadequate disclosure of these risks was a substantial factor and/or cause of Mrs. Geery's injuries.

2. Mrs. Geery's implanting surgeon, Dr. Davila, was not able to provide the necessary and required information to Mrs. Geery for an informed consent because Ethicon failed to fully reveal such information and failed to fully evaluate said information prior to launch.

3. Mrs. Geery has developed complications, as described above, as a result of the Prolift and TVT-O mesh being implanted in her body, causing chronic inflammation, foreign body reaction, scarring, contraction, shrinkage, deformation, and degradation of the mesh due to the defects of the mesh described above and throughout this report.

4. As a result of these complications from the Prolift and TVT-O, Mrs. Geery has suffered damages and will continue to suffer future damages.

5. These complications have caused a significant impact on Mrs. Geery's quality of life. Currently, Mrs. Geery has been forced to significantly reduce and/or alter her activities due to her injuries, as set forth above.

6. Mrs. Geery should not have been implanted with the Ethicon TVT-O nor Prolift because its poor design increased the risk of serious complications and caused her specific complications, including but not limited to, pain (such as pain in the vaginal area), recurrent urinary stress incontinence, urinary tract infections, painful urination, leakage, frequency, urgency with urination, and vaginal scarring.

7. Ethicon's old construction mesh (Prolene), used in the Prolift and TVT-O, is

not suitable for its intended application as a permanent prosthetic implant for stress urinary incontinence because the pores are too small; it is heavy weight mesh; it degrades over time; it causes chronic foreign body reactions, fibrotic bridging, mesh contracture/shrinkage, fraying, particle loss, biofilm formation and infections; it has sharp edges, ropes, curls, and deforms; and the pores collapse with tension.

8.  Ethicon knew that the old construction mechanically cut mesh (Prolene) was not appropriate for use in its Prolift and TVT-O device but has failed to modify/change the mesh to a larger pore, lighter weight mesh that would not deform, fray, lose particles, rope, curl, degrade, cause excessive foreign body reactions, and cause excessive shrinkage/contraction.  According to Ethicon's internal documents, Ethicon was unwilling to change the mesh because of its economic interest in maintaining its competitive advantage in the MUS market, and therefore, Ethicon put profits before patient safety.

9.  Ethicon's Prolift and TVT-O's designs are flawed because it cannot adequately describe, inform or explain to physicians how to properly "tension" the TVT-O, and the mesh shrinks, contracts, ropes, and curls, which makes it difficult or impossible to tension in a safe manner for patients.

10. Ethicon's Prolene mesh in the Prolift and TVT-O is not suitable for permanent implant because the Material Safety Data Sheets ("MSDS") for polypropylene resin used to manufacture polypropylene states that polypropylene is incompatible with strong oxidizers, such as peroxides, which are readily found in the vagina.

11. Ethicon's Prolene mesh is also not suitable for permanent implant because the toxicity testing of the polypropylene mesh revealed that it was cytotoxic, which can cause cell death and complications.

12. Ethicon's warnings and disclosures of adverse events in its Prolift and TVT-O Instructions for Use ("IFU") have been inadequate based on the adverse reactions and risks associated with the Prolift and TVT-O that have been known to Ethicon from the time the Prolift and TVT-O were first sold and marketed. Ethicon did not disclose information to physicians in its IFUs regarding characteristics of the old construction mesh (Prolene) that makes it unsuitable for its intended application as a permanent prosthetic implant for stress urinary incontinence, including that it is a small pore, heavy weight mesh; it degrades over time; it causes chronic foreign body reactions, fibrotic bridging, mesh contracture/shrinkage, fraying, particle loss, roping, and curling; it deforms, and the pores collapse with tension; it is difficult or impossible to tension; it tested positive for cytotoxicity; and the MSDS states that it is incompatible with strong oxidizers such as peroxides.

13. The design of the Prolift and TVT-O device is flawed because it is not designed for special patient populations nor do the IFU or marketing documents inform physicians that certain patients will have poorer outcomes and higher risks.

14. Ethicon failed to reveal material facts about complications and conflict of interests regarding key studies and located in key marketing documents.

15. The benefits of the Prolift and TVT-O are outweighed by the severe,

debilitating, and life changing complications associated with the Prolift and TVT-O, and there were safer alternative options:

Safer alternative designs, rather than the TVT-O and Prolift polypropylene mesh product, existed for this patient.  I have experience with many of these safer alternative designs, and based on my experience and review of medical literature and other materials, it is my opinion that these alternative designs were safer and feasible for Ms. Geery.  These safer alternative designs include:

(1)      the use of sutures, including delayed absorbable sutures like PDS, in a colposuspension procedure like the Burch or in a native tissue POP repair;

(2)      autologous fascia sling or POP repair;

(3)      an allograft sling or POP repair such as Repliform; and

(4)      a sling or POP repair with less polypropylene such as Ultrapro.

1. These safer alternative designs were capable of preventing Ms. Geery's injuries and damages, as I have described in my report, that were a result of the specific design flaws of the TVT-O and Prolift polypropylene, including degradation, cytotoxicity, stiffness, migration, deformation, fraying, roping, cording, curling, banding, scarring, shrinkage/contraction, scar plate formation, chronic inflammation, chronic foreign body reaction, loss of pore size with tension, dense, heavy, and frayed, rough edges. If any of these safer alternative designs been used for Ms. Geery, she would not have suffered the injuries I set forth in my report, as her injuries were caused by the specific design flaws of the TVT-O and Prolift discussed above and in my general report.  The likelihood that the TVT-O and Prolift's design would cause Ms.

Geery's injuries and damages and the gravity of those injuries and damages outweighed the burden on Ethicon of adopting such alternative designs and the adverse effects, if any, of such alternative designs on the utility of TVT-O or Prolift product. The inadequate warnings about the TVT-O and Prolift significantly increased the likelihood of injuries and damages to Ms. Geery and caused or contributed to cause the injuries and damages to Ms. Geery, and Ethicon failed to use reasonable care to provide adequate warnings to users and handlers of the TVT-O and Prolift product, as discussed herein.

2. It has been known since the launch of the Prolift and TVT-O that the mesh can be difficult to remove, is susceptible to degradation, can rope, curl, deform, fray, and lose particles, and is a heavy weight mesh.  However, Ethicon did not account for this facts in its dFMEA at the time of launch and has failed to complete a proper risk analysis of these hazards

3. As a result of the defects of the Prolift and TVT-O, Ms. Geery suffered and continues to suffer life-long injuries.

4. After implant of the Prolift and TVT-O mesh, Ms. Geery developed multiple mesh erosions requiring revision surgery, vaginal pain, recurrent urinary stress incontinence, urinary tract infections, painful urination, leakage, frequency, urgency with urination, and vaginal scarring.   The small pore, the heavy weight mesh, degradation over time, chronic foreign body reactions, fibrotic bridging, mesh contracture/shrinkage, fraying, particle loss, biofilm formation and infections, sharp edges, roping, curling and deformation, and the pore collapsing with tension of the TVT-O and the Prolift caused the pain in the

vaginal area, recurrent urinary stress incontinence, urinary tract infections, painful urination, leakage, frequency, urgency with urination, and vaginal scarring.   Since removal of the sling, Ms. Geery continues to experience pain in the vaginal area, recurrent urinary stress incontinence, urinary tract infections, painful urination, leakage, frequency, urgency with urination, and vaginal scarring.   This is consistent with mesh erosion/exposure, infection, pain, urinary problems, and vaginal scarring caused by implant of the TVT-O and the Prolift sling.  To a reasonable degree of medical certainty, the TVT-O and Prolift implant and their effects on surrounding tissue is the cause for Ms. Geery's injuries.

Finally, I have reviewed Mrs. Geery's past medical bills as set forth in my reliance list. It is my opinion that they were reasonable and necessary charges to treat the complications and injuries that, to a reasonable degree of medical certainty, were caused by the Prolift and TVT-O, as discussed above.

## VI.    CONCLUSION

All opinions I have are to a reasonable degree of medical certainty.  I understand discovery is still ongoing in this case, and I reserve my right to amend my opinions if further information is provided in any form including, but not limited to, corporate documents, depositions and expert reports of both Plaintiff and Defense experts. I have relied upon my prior Prolift and TVT-O reports, and I incorporate those opinions and materials herein.

Signed this 24th day of May, 2019.

_____

Bruce A. Rosenzweig, MD

# EXHIBIT A

# CURRICULUM VITAE

**NAME:**            **Bruce A. Rosenzweig, M.D.**

**ADDRESS:**         175 East Delaware  Suite 8909
                    Chicago, Illinois 60611

**DATE OF BIRTH**:   November 16, 1957

**PLACE OF BIRTH:**  New York City, New York

**MARITAL STATUS**: Married

**EDUCATION:**       **Fellowship**

1989 - 1991          Urologic Gynecology and Urodynamics
                    Harbor/UCLA Medical Center
                    Department of Obstetrics and Gynecology
                    Torrance, California

1988 - 1989          Pelvic Surgery
                    State University of New York
                    Department of Obstetrics and Gynecology
                    Syracuse, New York

                    **Residency**

1984 - 1988          Obstetrics and Gynecology
                    Michael Reese Hospital and Medical Center
                    Department of Obstetrics and Gynecology
                    Chicago, Illinois
1987 - 1988          Administrative Chief Resident

                    **Graduate**

1980 - 1984          University of Michigan Medical School
                    Ann Arbor, Michigan
1980 - 1984          Academic Tuition Scholarship
                    University of Michigan Medical School

                    **Undergraduate**

1976 - 1980          University of Michigan
                    Ann Arbor, Michigan - BS in Zoology
1976                 University of Michigan Alumni Scholarship,

|          | Illinois Chapter        |
|----------|-------------------------|
| 1976     | Bronsted Freshman Prize |

**POSITIONS/APPOINTMENTS**:

| 2011- 2012 | Associate Chair |
|------------|-----------------|
|            | Weiss Memoral Hospital |
|            | Department of Gynecology |
|            | Chicago, Illinois |

| 2003- 2010 | Attending Physician |
|------------|---------------------|
|            | John H. Stroger Jr. Hospital |
|            | Department of Obstetrics and Gynecology |
|            | Chicago, Illinois |

| 2002 - Present | Attending Physician |
|----------------|---------------------|
|                | Department of Obstetrics and Gynecology |
|                | Rush Presbyterian St. Luke Hospital |
|                | Chicago, Illinois |

| 2002 - Present | Assistant Professor |
|----------------|---------------------|
|                | Rush Medical College |
|                | Chicago, Illinois |

| 1997 -   2005 | Attending Physician |
|---------------|---------------------|
|               | Department Obstetrics and Gynecology |
|               | Mercy Hospital and Medical Center |
|               | Head Urogynecology |
|               | Chicago, Illinois |

| 1995 - 1998 | Attending Physician |
|-------------|---------------------|
|             | Department of Women's Health |
|             | Department of Veterans Affairs |
|             | Westside Veterans Hospital |
|             | Chicago, Illinois |

| 1994 - 1998 | Associate Professor |
|-------------|---------------------|
|             | Department of Obstetrics and Gynecology |
|             | and Department of Urology |
|             | University of Illinois, College of Medicine |
|             | Chicago, Illinois |

| 1992 - 1994 | Assistant Professor |
|-------------|---------------------|
|             | Department of Urology |
|             | University of Illinois, College of Medicine |
|             | Chicago, Illinois |

1991 - 1998                 Associate Residency Program Director
                            Department of Obstetrics and Gynecology
                            University of Illinois, College of Medicine
                            Chicago, Illinois

1991 - 1998                 Head of Gynecologic Urology
                            Department of Obstetrics and Gynecology
                            University of Illinois, College of Medicine
                            Chicago, Illinois

1991 - 1998                 Attending Physician
                            Department of Obstetrics and Gynecology
                            Michael Reese Hospital and Medical Center
                            Chicago, Illinois

**POSITIONS/APPOINTMENTS (Cont):**

1991 - 1994                 Assistant Professor
                            Department of Obstetrics and Gynecology
                            University of Illinois, College of Medicine
                            Chicago, Illinois

1990 - 1991                 Clinical Instructor
                            Department of Obstetrics and Gynecology
                            UCLA School of Medicine
                            Los Angeles, California

1989 - 1991                 Attending Physician
                            Department of Obstetrics and Gynecology
                            Harbor/UCLA Medical Center
                            Torrance, California

1988 - 1989                 Clinical Instructor
                            Department of Obstetrics and Gynecology
                            State University of New York
                            Health Science Center
                            Syracuse, New York

1988  - 1989                Attending Physician
                            Department of Obstetrics and Gynecology
                            Crouse-Irving Memorial Hospital
                            Syracuse, New York

**PROFESSIONAL  SPORTS TEAM PHYSICIAN**

2011- Present                    Chicago Sky Women's Basketball Team

**LICENSURE:**

1984                    State of Illinois, #036-071719
1988                    State of New York, #175147 (inactive)
1989                    State of California, #G065470 (inactive)
1985                    State of Illinois Controlled Substance, #003-136655
1985                    DEA #BR0291815

**SPECIALTY BOARDS:**

1985                    Diplomate of National Board of Medical Examiner
1991                    Diplomate of American Board of Obstetrics and Gynecology
                        (Recertofoed 2005)

**JOURNAL EDITORIAL BOARD**:

JOURNAL OF GYNECOLOGIC SURGERY
JOURNAL REVIEWER AND CONSULTANT

OBSTETRICS AND GYNECOLOGY

JOURNAL OF GYNECOLOGIC SURGERY

SURGERY GYNECOLOGY AND OBSTETRICS
ABSTRACTOR: International Abstracts of Surgery;

INTERNATIONAL UROGYNECOLOGY JOURNAL


**JOURNAL EDITORIAL BOARD (Cont):**

JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION
CONSULTANT: Diagnostic and Therapeutic Technology
Assessment (DATTA),

AMERICAN JOURNAL OF OBSTETRICS AND GYNECOLOGY

PSYCHOSOMATIC MEDICINE

SOUTHERN MEDICAL JOURNAL

JOURNAL OF HOSPITAL MEDICINE

INTERNATIONAL JOURNAL OF OBSTETRICS AND GYNECOLOGY

**TEACHING AWARDS**:

| | |
|---|---|
| 1997 | CREOG National Faculty Resident Teaching Award |
| 1993 | APGO Excellence in Undergraduate Medical Education Award |

**MEDICAL ADVISORY BOARDS:**

| | |
|---|---|
| 1993 - 1995 | EMPI, Inc.<br>St. Paul, Minnesota |
| 1997 - 1999 | EmpowerMed<br>Yardley, Pennsylvania |
| 2001 – 2003 | Medcases<br>Philadelphia, Pennsylvania |

**MEMBERSHIP ACTIVITIES AND COMMITTEES:**

**Michael Reese Hospital and Medical Center**

| | |
|---|---|
| 1987 - 1988 | Chief Resident's Council |
| 1987 - 1988 | Residency Evaluation Committee |
| 1988 | Hospital Utilization Review Committee |

**Harbor-UCLA Medical Center**

| | |
|---|---|
| 1989 - 1991 | Surgical Case Review Committee. |

**University of Illinois at Chicago, College of Medicine**

| | |
|---|---|
| 1991 - 1993 | Committee on Hospital Infections |
| 1991 - 1997 | OB/GYN Department Quality Assurance Committee |
| 1991 - 1993 | Medical Staff Quality Assurance Committee |
| 1993 | Ad Hoc Pap Smear Task Force |
| 1993 | Ad Hoc Committee to Review the 5 Year Deceleration Medical Student Program |
| 1995 - 1997 | Medical Records Committee |
| 1996 - 1997 | Generalist Curriculum Subcommittee |
| 1997 | Committee to Review the Performance of the Head of the Department of Urology |

**GRANTS AND CONTRACTS:**

| | |
|---|---|
| 1989 - 1990 | #PQ 1402-02B Investigator<br>"A Randomized, Controlled, Comparative Clinical Trial of Thiamphenicol Glycinate/Thiamphenicol Versus Cefoxitin/Doxycycline in the Treatment of Pelvic Inflammatory Disease."<br>Sponsor: *Pharmaquest Corporation* |
| 1989 - 1991 | #35614-87 Investigator<br>"A Randomized, Open-Label, Comparative, Multicenter, Safety, Tolerance and Efficacy Study of Parenteral Pip eracil I in/Tazobactam (CL 298.741) versus Clindamycin Plus Gentarnicin in the Treatment of Hospitalized Patients with Gynecologic Infections."<br>Sponsor: *American Cyanamid* |
| 1990 - 1991 | #MDS 401-US Investigator<br>"Micturin versus Placebo in the Treatment of Urge Incontinence in Females. "<br>Sponsor: *Forest Laboratories* |
| 1992 - 1993 | #C91-002 Principal Investigator<br>"A Six Month Evaluation of Efficacy, Safety and Tolerance of the Lea's Shield. A Vaginal Barrier Contraceptive Device."<br>Sponsor: *Contraceptive Research and Development Program* |
| 1995 - 1997 | #1393-027Principal Investigator<br>"Phase II Safety and Efficacy Study of Fem Cap Used With and Without Spermicide. "<br>Sponsor: *Contraceptive Research and Development Program* |

**INVENTIONS AND PATENTS**:

1. Double Lumen Amnioinfusion Catheter. U.S. Patent Number 4,722,730, February 2, 1998. "Amcath". Manufactured by Gish Biomedical, Santa Ana, California.

2. "Meconium Aspirator Set." Manufactured by Gish Biomedical, Santa Ana, California.

**VIDEO PRESENTATIONS:**

Freedman A, Rosenzweig B, Maurice J., An Interesting Presentation of Failed Medical Termination with Hysteroscpic Resection of Retained Products of Conception. 41st Global Congress of minimally Invasive Gynecology Las Vegas, Nevada November 2012

**MULTIMEDIA**

**FILM**

1. *Design*.  Feature Film. Premiere Sundance Film Festival January 2002.Co-Producer.
2. *Kwik-Stop.* Feature Film. Premiere Los Angeles Film Festival April 2001. Actor.
3. *The 95th*.  Documentary. Premiere Maryland Film Festival May 2002. Co-Producer.
4. *Independent films and filmmakers*.  Short Documentary.  1998. Producer, Director.

**COMPUTER INTERACTIVE TEACHING PROGRAMS**

Urogynecology: Evaluation and Treatment of Urinary Incontinence. CD Rom; Produced
by Interactive Medical Review, Philadelphia, Pennsylvania, 1994.

## MULTIMEDIA (Cont):

**STREAMING MEDIA**

1. Live Webcast of the First Streaming Media Conference.  1998.  Producer, Director.

**INDUSTRIAL VIDEO**

1. *A Day at the Office*.  WellSpring Management Group, Bethany, Connecticut. 1998.  Producer, Director.
2. *Point of View Skiing*.  American Ski Corporation, Sugarbush, Vermont. 1998. Producer.
3. *Promotional Video*. IMET Coporation, Philadelphia, Pennsylvania. 1999. Producer, Director.

## PRESENTATIONS AND INVITED LECTURES:

**Michael Reese Hospital and Medical Center**

1 . "A Prospective Randomized Study Comparing Nipple Stimulation and Exogenous Oxytocin
Contraction Stress Tests. " Presented at the First Annual Resident Research Conference,
Michael Reese Hospital and Medical Center, Chicago, Illinois. June 11, 1987.

2. "Postpartum Uterine Inversion." Grand Rounds, Michael Reese Hospital and Medical
Center, Chicago, Illinois. September 10, 1987.

3. Faculty Member: Basic and Advanced Laser Surgery, Hysteroscopy, Colposcopy, and
Operative Laparoscopy, A "Hands-On" Course and Seminar, Washington, DC.
January 25-28, 1989.

4. "Tubo-ovarian Abscess: Medical versus Surgical- Management." Grand Rounds,
University of Nairobi, Nairobi, Kenya. March 2, 1989.

5. "HPV DNA and Squamous Atypia." Presented at the Tenth Annual Scientific Congress
and Advanced Postgraduate Laser Course of the Gynecologic Laser Society, Orlando,

Florida. March 31, 1989.

6. "Postpartum Uterine Inversion: Diagnosis and Management." Grand Rounds, SUNY-HSC, Syracuse, New York. March 17, 1989

7. Faculty Member: Basic and Advanced Laser Surgery: A Complete 5-Day "Hands-On" Course and Seminar, Virginia Beach, Virginia. July 24-28, 1989.

8. "HPV: The Disease of the 80's." Presented at the Los Angeles Regional Family Planning Council Family Planning Symposium, Torrance, California. January 20, 1990.

9. Faculty Member: Basic and Advanced Laser Surgery, Diagnostic and Operative Hysteroscopy, Advanced Colposcopy, Laser Laparoscopy, and Pelviscopy, A "Hands-On" Course and Seminar, Washington, DC. January 24-27, 1990.

10. "Office of Evaluation of Urinary Incontinence." Luncheon Conference at the Thirty-Eighth Annual Meeting of the American College of Obstetricians and Gynecologists, San Francisco, California. May 8, 1990.

11. Faculty Member: Basic and Advanced Laser Surgery, Diagnostic and Operative Hysteroscopy, Advanced Colposcopy, Laser Laparoscopy, Pelviscopy. A complete 5-Day 'Hands-On" Course and Seminar, Palm Beach, Florida. July 23-27, 1990.

12. "Lasers in Gynecology." Grand Rounds, Martin Luther King, Jr./Drew Medical Center, Los Ancreles, California. September 27, 1990.

13. "Urinary Incontinence and Genital Prolapse." Grand Rounds, HarboriUCLA Medical Center, Torrance, California. October 15, 1990.


**PRESENTATIONS AND INVITED LECTURES (Cont):**

14. Course Director: Contraceptive Technology: Symposium on Managing the IUD Patient. Planned Parenthood of San Diego and Riverside Counties, San Diego, California. October 27, 1990.

15. "Lasers in Urogynecology." Grand Rounds, Martin Luther King, Jr./Drew Medical Center, Los Angeles, California. November 8, 1990.

16. Course Director: Contraception in the 90's, Managing the IUD Patient. Oklahoma State Department of Health Maternal and Child Health Services, Oklahoma City, Oklahoma. March 1, 1991.

17. "Office Evaluation of Urinary Incontinence." Grand Rounds, Michael Reese Hospital and Medical Center, Chicago, Illinois. April 4, 1991.

18. Urinary Incontinence and Genital Prolapse. " Grand Rounds, University of Illinois at Chicago, College of Medicine, Chicago, Illinois. April 8, 1991.

19. "Urinary Incontinence."   Women's Healthcare Center, Torrance, California. April 25, 1991.

20. "Evaluation and Management of Urinary Incontinence." South Bay Perinatal Access Project, San Pedro, California. May 3, 1991.

21. "Office Evaluation of Incontinent Women." Luncheon Conference at the Thirty-Ninth Annual Meeting of the American College of Obstetricians and Gynecologists, New Orleans, Louisiana. May 7, 1991.

22. "Surgical Choices for Incontinence. " Luncheon Conference at the Thirty-Ninth Annual Meeting of American College of Obstetricians and Gynecologists, New Orleans, louisiana. May 8, 1991.

23. AUGS Special Interest Session: "Gynecological Urology: Case Management in Urogynecology. At the Thirty-Ninth Annual Meeting of the American College of Obstetricians and Gynecologists, New Orleans, Louisiana. May 8, 1991.

24. "Vulvar and Vaginal Diseases." Colposcopy Training Course, Torrance, California. May 30, 1991.

25. "Managing the IUD Patient." Grand Rounds, Glendale Adventist Hospital, Glendale, California. June 10, 1991.

26. Course Director:  Managing the IUD Patient. Arizona Family Planning Council, Phoenix, Arizona. June 15, 1991.

27. "Basic Urogynecologic Instrumentation; Proper Evaluation and Differential Diagnosis of Stress Urinary Incontinence." Gynecologic and Endoscopic Surgery. A Complete 5-Day "Hands-On" Course and Seminar, Palm Beach, Florida. July 22, 1991.

28. "Evaluation and Management of Urinary Incontinence." At the Fourth Annual National Association of Womens' Health Professional Conference, Chicago, Illinois. October 17, 1991.

29. Course Coordinator: Advanced Diagnostic and Therapeutic Techniques in Obstetrics and Gynecology: A Hands-On Seminar. "Evaluation of the Incontinent Patient; IUD Update; Nonsurgical Management of the Incontinence." Advanced Diagnostic and Therapeutic Techniques in Obstetrics and Gynecology, Snowbird, Utah. March 11-14, 1992.

30. "Managing the IUD Patient." Grand Rounds, Jackson Park Hospital, Chicago, Illinois. March 19, 1992.

**PRESENTATIONS AND INVITED LECTURES (Cont):**

31. "Evaluation and Nonsurgical Management of the Incontinent Patient."  Grand Rounds, Jackson Park Hospital, Chicago, Illinois. April 2 & 19, 1992.

32. "Nonsurgical Management of Urinary Incontinence." Grand Rounds, and "Evaluation of the Incontinence Patient." Visiting Professor Lecture, Albert Einstein Hospital, Philadelphia, Pennsylvania. April 6, 1992.

33. "Nonsurgical Management of Urinary Incontinence." Grand Rounds, Michael Reese Hospital, Chicago, Illinois. April 7, 1992.

34. "Surgery in the Elderly. Female Urinary Incontinence: A Gynecologists Point of View." At the United States Section of the International College of Surgeons, Chicago, Illinois. April 10, 1992.

35. "Managing the IUD Patient." American College of -Nurse Midwives. Illinois Chapter Meeting. University of Illinois, College of Nursing, Chicago, Illinois. April 13, 1992.

36. "Contraceptive Choices in the 1990's." Postgraduate Course at the Annual Clinical Meeting of the American College of Obstetricians and Gynecologists, Las Vegas, Nevada. April 28-29, 1992.

37. "IUD and Contraception." Grand Rounds, Mount Sinai Hospital and Medical Center, Chicago, Illinois. May 6, 1992.

38. "Genital Prolapse and Lower Urinary Tract Dysfunction." Grand Rounds, Cook County Hospital, Chicago, Illinois. May 11, 1992.

39. "Managing the IUD Patient." Grand Rounds, Ravenswood Hospital, Chicago, Illinois. May 21, 1992.

40. "Nonsurgical Management of Urinary Incontinence. Grand Rounds, Humana Hospital/Michael Reese and Medical Center, Chicago, Illinois. June 4, 1992.

41. "Urinary Dysfunction." Obstetrics and Gynecology Review Course, Chicago, Illinois. June 5, 1992.

42. "Surgical Management Stress Incontinence of Urine; Management of Operative Complications; Comparison of Techniques for Management of CIN. Advanced Gynecologic Surgery: A Complete 5-Day "Hands-On" Course and Seminar, Palm Beach, Florida. July 20-22, 1992.

43. "Nonsurgical Management of Urinary Incontinence." Grand Rounds, Cook County Hospital, Chicago, Illinois. July 27, 1992.

44. "Nonsurgical Approach to Female Incontinence." Grand Rounds, Alexian Brothers Medical Center, Elk Grove Village, Illinois. September 3, 1992.

45. Course Director: Update on Urogynecology. "Evaluation of the Incontinent Patient; Nonsurgical Management of Stress Urinary Incontinence." Update on Urogynecology, Philadelphia, Pennsylvania. September 21, 1992.

46. "Urinary Incontinence: It Doesn't Have to be Part of a Woman's Everyday Life." Virginia Baptist Hospital, Lynchburg, Virginia. October 13, 1992.

47. "Managing the IUD Patient. Grand Rounds, Hershey Medical Center, Hershey, Pennsylvania. October 21, 1992.

48. "Nonsurgical Management of Urinary Incontinence." Grand Rounds, University of Illinois at Champaign, Champaign, Illinois. October 28, 1992.


**PRESENTATIONS AND INVITED LECTURES (Cont):**

49. "Evaluation and Management of Urologic Problems in Women. " Gynecological Update 1991, La Mesa, California. October 31, 1992.

50. "IUD Insertion/Removal and Model Practicurn. At the Annual Family Planning, Obstetrics and Gynecology Update for Florida Nurse Practitioners, Orlando, Florida. November 5, 1992.

51, "IUD's Revisited." At the Statewide Clinician's Meeting, Planned Parenthood Wisconsin, Milwaukee, Wisconsin. November 13, 1992.

52. "The Nonsurgical Management of Stress Urinary Incontinence." Grand Rounds, University Hospital of Cleveland, Cleveland, Ohio. November 18, 1992.

53. "The IUD: A Second Look." A Contraceptive Symposium and Practicum. San Bernadino County Department of Public Health. Womens' Health Section, San Bernadino, California. November 20, 1992.

54. "Managing the IUD Patient." Grand Rounds, Department of Family Practice, University of Illinois, Chicago, Illinois. December 2, 1992.

55. "Manauing the IUD Patient." Grand Rounds, West Pennsylvania Hospital, Pittsburgh, Pennsylvania. January 12, 1993.

56. "Repair of Pelvic Floor Dysfunction; Voiding Disorders and How to Manage Them." Advanced Gynecologic Surgery, Washington, D.C. January 27, 1993.

57. Course Director: Controversies in Gynecology. "Nonsurgical Management of Stress Urinary Incontinence; Genital Prolapse and Lower Urinary Tract Dysfunction Controversies in Gynecology, St. Petersburg, Florida. February 11-12, 1993.

58. "Genital Prolapse and Lower Urinary Tract Dysfunction." Grand Rounds, Saginaw General Hospital, Saginaw, Michigan. February 15, 1993.

59. "Managing the IUD Patient." Oklahoma State Department of Health Practitioners Annual Meeting, Oklahoma City, Oklahoma. March 11, 1993.

60. Course Director: Advanced Diagnostic and Therapeutic Techniques in Obstetrics and Gynecology. "Genital Prolapse and Lower Urinary Tract Dysfunction; Physiotherapy in the Treatment of Lower Urinary Tract Dysfunction; Surgical Management of Stress Urinary Incontinence; The Role of IUD's in Contraception." Beaver Creek Colorado. March 17-20, 1993.

61. "Managing the IUD Patient." Grand Rounds, Waukesha Memorial Hospital, Waukesha, Wisconsin. March 23, 1993.

62. "Genital Prolapse and Lower Urinary Tract Dysfunction." Grand Rounds, Evanston Hospital, Evanston, Illinois. March 25, 1993.

63. "Evaluation of the Incontinent Patient." Grand Rounds, West Pennsylvania Hospital, Pittsburgh, Pennsylvania. March 29, 1993.

64. "Managing the IUD Patient." Grand Rounds, Forbes Metro Hospital, Pittsburgh, Pennsylvania. March 30, 1993.

65. "Incontinence Differential Diagnosis, History and Physical Exam; Pelvic Floor Neurology for the Gynecologist: EMG and Pudendal Conduction Latency; Other Cause of Incontinence." At Urogynecology 1993 State of the Art, Frisco, Colorado. April 2-3, 1992.

**PRESENTATIONS AND INVITED LECTURES (Cont):**

66. "Intrauterine Device: Insertion and Management." Sixteenth Annual Seminar in Womens' Health Care, Dallas, Texas. April 16, 1993.

67. "Contraceptive Choices for the 1990's and Beyond." The Annual Clinical Meeting of the American College of Obstetricians and Gynecologists, Washington, D.C. May 4-5, 1 993.

68. "Managing the IUD Patient." Grand Rounds, La Grange Hospital, La Grange, Illinois. May 17, 1993.

69. "Evaluation and Management of Urinary Incontinence." Grand Rounds, Mount Sinai Hospital, Miami, Florida. May 25, 1993.
70. "Contraceptive Update." At the Tenth Annual Medical Update, Pittsburgh, Pennsylvania. June 2, 1993.

71. "Treatment of Urinary Incontinence." Obstetrics and Gynecology Review Course, Chicago, Illinois. June 10, 1993.

72. "Open Urinary Stress Incontinence Procedures." St. Louis, Missouri. June 16, 1993.

73. "Nonsurgical Management of Urinary Incontinence." Grand Rounds, Baylor College of Medicine, Houston, Texas. June 30, 1993.

74. "Urodynamic Testing; Nonsurgical Management of Urinary Incontinence; Bladder Injury: How to Avoid, How to Manage." At Principles of Advanced Conventional and Endoscopic Surgery, Palm Beach, Florida. July 26, 1993.

75. "Evaluation, Diagnosis and Management of Urinary Stress Incontinence." The Gynecologic Surgical Techniques, Chicago, Illinois. August 19, 1993.

76. "Pelvic Anatomy and Placement of Sutures for Paravaginal Repair and Correction of Stress Incontinence." Demonstrated Using Human Cadaver, Chicago, Illinois. August 20, 1993.

77. Course Director: Practical Urogynecology. "Behavioral Management of Incontinence; Painful Voiding Syndrome; Behavioral and Physical Therapy for Urinary Incontinence." Cleveland, Ohio. August 27-38, 1993.

78. "Evaluation of the Incontinent Patient." Resident Lecture, East Carolina University, Greenville, North Carolina. September 22, 1993.

79. "Non-Hormonal Contraception." Grand Rounds, East Carolina University, Greenville, North Carolina, September 22, 1993.

80. "Gynecologic Disorders; Pregnancy Changes and General Surgical Problems During Pregnancy." Specialty Review in Surgical Critical Care, Chicago, Illinois, October 4, 1993.

81. "Managing the IUD Patient." Grand Rounds, George Baptist Medical Center, Atlanta, Georgia, October 12, 1993.

82. "Managing the IUD Patient." Grand Rounds, Reading, Pennsylvania. October 19, 1993.

83. "IUD Update: Clinical and Demographics Issues." Grand Rounds, Ohio State University, Columbus, Ohio. November 4, 1993.

84. "Update on Amnioinfusion." Grand Rounds, St. Francis Hospital, Blue Island, Illinois. November 16, 1993.

85. "Management of Urinary Stress Incontinence." St. Michael's Hospital, Toronto, Ontario, Canada. December 6, 1993.

86. "IUD Update: Clinical and Demographic Issues." Grand Rounds, Jackson Memorial Hospital, Miami, Florida. January 12, 1994.


**PRESENTATIONS AND INVITED LECTURES (Cont):**

87. "Urogynecology: Differential Diagnosis and Evaluation of Female Incontinence; Surgical

Therapies for Stress Incontinence; Diagnosis and Treatment of Detrusor Instability; Diagnosis and Surgical Therapies for Stress Incontinence, Gynecologist." At Frontiers in Gynecology,

Steamboat Springs, Colorado. January 25-26, 1994.

88. "Genital Prolapse and Lower Urinary Tract Dysfunction." At the Fifth Annual Midwest Clinical Conference, Chicago Medical Society, Chicago, Illinois. February 11, 1994.

89. "Bacterial Vaginosis." Grand Rounds, Chicago Osteopathic Hospital, Chicago, Illinois. February 17, 1994.

90. "Gynecologic Problems in Surgery." At the Specialty Review in General Surgery, Chicago, Illinois. February 18, 1994.

91. "Female Urinary Incontinence: Anatomy Physiology, Definitions; Diagnosis and Management of Detrusor Instability; Painful Bladder Syndromes: Interstitial Cystitis, Urethral Syndrome, etc.; Diagnosis and Treatment of Pelvic Floor Disorders; Cystourethroscopy: Instrumentation and Technique; Ureteral Catherization - Indications, Risks, Benefits." At Modern Menopause and Urogynecology, San Francisco, California. March 11-13, 1994.

92. "Nonsurgical Management of Urinary Incontinence." Grand Rounds, Kaiser Bellflower, Bellflower, California. March 29, 1994.

93. "Female Urinary Incontinence: Anatomy, Physiology, Definitions; Office Evaluation and Advanced Urodynamic Testing; Diagnosis and Management of Detrusor Instability; Painful Bladder Syndromes: Interstitial Cystitis, Urethral Syndrome, etc., Nonsurgical Therapies for Stress Incontinence; Cystourethroscopy: Instrumentation and Technique; Ureter Catherization Indications, Risks, Benefits." At the Advanced Gynecologic Endoscopy with Urogynecology, Palm Springs, California. April 9-10, 1994.

94. "Intrauterine Device: Insertion and Management" at the 17th Annual Seminar in Womens' Health Care. Dallas, Texas. April 15, 1994.

95. "Surgical Management of Stress Urinary Incontinence." Grand Rounds, University of Illinois, Champaign, Illinois. April 15, 1994.

96. "Anatomy of Pelvic Floor Supporting System; Rational Anatomical Approach to Pelvic Floor Defects." At Advanced Laparoscopic Techniques, Chicago, Illinois. April 21, 1994.

97. "Managing the IUD Patient." Grand Rounds, University of Wisconsin, Milwaukee, Wisconsin. April 27, 1994.

98. "Contraceptive Choices." At the Annual Clinical Meeting of the American College of Obstetricians and Gynecologists. Orlando, Florida. May 10-11, 1994.

99. "Update on the IUD: New Friend or Old Danger." Grand Rounds, Harbor-UCLA Medical Center, Torrance, California. May 23, 1994.

100. "Contraception." At the Specialty Review in Obstetrics and Gynecology, Chicago, Illinois. May 24, 1994.

101. "Problem Management: IUD's. At the Twenty-Second Annual Conference for Nurse Practitioners in Reproductive Healthcare. Milwaukee, Wisconsin. June 10, 1994.

102. "Pelvic Floor Disorder." At the Obstetrics and Gynecology Review Course, Chicago, Illinois. June 15, 1994.


**PRESENTATIONS AND INVITED LECTURES (Cont):**

103. "Female Urinary Incontinence: Treatment by Electrostimulation." Grand Rounds, Hospital du Sacre-Coeur, Montreal, Canada. June 16, 1994.

104. "Nonsurgical Management of Urinary Incontinence." Grand Rounds, Sparrow Hospital, Lansing, Michigan. June 21, 1994.

105. "Major Pelvic Hemorrhage: The Safest and Best Methods for Control; Vaginal Cones and Electrical Stimulation to Manage Stress Incontinence; What To Do With The Patient Who Continues To Leak After Multiple Incontinence Surgeries." At Operative Gynecology, Palm Beach, Florida. July 18-20, 1994.

106. "Repair of Genital Prolapse." Grand Rounds, Michael Reese Hospital, Chicago, Illinois. August 17, 1994.

107. "Evaluation, Diagnosis and Management of Urinary Stress Incontinence, Including Cystoscopy; Pelvic Anatomy and Placement of Sutures for Paravaginal Repair, Sacrospinous Fixation, and Connection of Stress Incontinence." At Gynecologic Surgical Techniques, Chicago, Illinois. August 18-19, 1994.

108. "Gynecologic Problems in Surgery; Surgery in Pregnant Women." At Specialty Review in General Surgery, Part I, Chicago, Illinois. August 22, 1994.

109. "Managing the IUD Patient." Grand Rounds, Medical College of Wisconsin, Milwaukee, Wisconsin. August 25, 1994.

110. "Managing the IUD Patient."  Grand Rounds, Rush University, Chicago, Illinois. September 8, 1994.

111. "Gynecologic Problems in Surgery." At Specialty Review in General Surgery, Chicago, Illinois. September 19, 1994

112. "IUD Symposium." At the Colorado Department of Public Health, Womens' Health Symposium, Silverthorne, Colorado. October 5, 1994.

113. "Urinary Incontinence." Grand Rounds, St. Elizabeth Hospital, Chicago, Illinois. October 18, 1994.

114. "Nonsurgical Management of Urinary Incontinence." Grand Rounds, Christ Hospital, Oak Lawn, Illinois. October 24, 1994.

115. "Evaluation of Urinary Incontinence and the Bladder Neck Suspension." Atlanta, Georgia. November 18, 1994.

116. "Managing the IUD Patient." Grand Rounds, Mount Sinai Hospital, Hartford, Connecticut. January 6, 1995.

117. "Managing the IUD Patient." At the New Mexico Department of Health Clinicians Seminar, Albuquerque, New Mexico. January 26, 1995.

118. "Gynecologic Problems in Surgery." At the Specialty Review in General Surgery, Chicago, Illinois. February 2, 1995.

119. "Urinary Incontinence in Women." At the Womens' Health Issues 1995, India Medical Association (IL), USA, Chicago, Illinois. March 12, 1995.

120. "Bacterial Vaginosis." Grand Rounds, Anchor HMO, Chicago, Illinois. March 28, 1995.

121. "Urinary Incontinence in Women: What's New." Metropolitan Chapter of the American College of Surgeons Meeting, Chicago, Illinois. April 27, 1995.

**PRESENTATIONS AND INVITED LECTURES (Cont):**

122. "Evaluation of the Incontinent Patient; Surgical Management of SUI - Open Approach." at the Operative Laparoscopy, Hysterectomy, Pelvic Floor Repair and Hysteroscopy for Gynecologist. Atlanta, Georgia, June 16-17, 1995.

123. "Diagnosis and Management of Detrusor Instability; Painful Bladder Syndromes: Interstitial Cystitis, Urethral syndrome, etc; Cystrourethros copy - instrumentation and techniques; Urethral Catheterization indications, risk, benefits; abdominal procedures for GSI; non surgical therapy for GSI." at Advanced Gynecology Endoscopy and Uro-gynecology, Vancouver, Canada, August 19, 1995.

124. "Evaluation of the Incontinent Patient; Surgical Management of SUI - Open Approach." At the Operative Laparoscopy, Hysterectomy, Pelvic Floor Repair and Hysteroscopy for Gynecologist. Atlanta, Georgia, September 29-30, 1995.

125. "Managing the IUD Patient." At The Regional meeting of AMWA. Chicago, Illinois, September 23, 1995.

126. "The Evaluation of the Incontinent Patient and Bladder Neck Suspension." At the Operative Laparoscopy, Hysterectomy, Hysteroscopy and Pelvic Floor Repairs for gynecologists. Atlanta, Georgia, September 29-30, 1995.

127. "Manaaement of Severe Genital Prolapse. " Grand Rounds - University of Illinois Champaign, Illinois November 1, 1995.

128. "Pelvic Prolapse. " at the Obstetrics and Gynecology Tutorial - Oak Brook, Illinois, November 10, 1995.

129. "Algorithms for the Management Urinary Incontinence": A modern, systematic approach to Diagnosis and Treatment; Retropubic Operations for Stress Incontinence: Patient Selection, Techniques and Outcome; Cystovaginal and Rectovaginal Fistula Repair: Operations, Techniques and Outcomes. Operative Laparoscopy and Urogynecology Course, Steamboat Springs Colorado, February 7-9, 1996.

130. "Contraception" At the Osler Review Course, St. Louis, Missouri, April 21, 1996.

131. "Laparoscopic Bladder Neck Suspension; Vaginal Vault Suspension." at the Advanced Operative Endoscopy Course and Hysteroscopy Workshop, Palo Alto, California, June 1,1996.

132. "Contraceptive Update" Osler Review Course, Chicago, Illinois, June 18, 1996.

133. "Menstrual Disorders; Urinary Incontinence; Pelvic Pain; Menopausal Syndrome. " Osler Review Course, Lisle, Illinois, July 10, 1996.

134. "Anatomy of the Pelvic Floor and Physiology of Incontinence; Evaluation of Urinary Incontinence and Pelvic Floor Disorders and Open Procedures for Urinary Incontinence. Cincinnati, Ohio, July 26, 1996.

135. "Role of Endoscopy in Reconstructive Pelvic Surgery; Evaluation of Urinary Incontinence and Open Surgical Management of Urinary Incontinence." At the Operative Gynecologic Hysteroscopy and Laparoscopy course Atlanta, Georgia, September 6-7, 1996

136. "An Overview of Urinary Stress Incontinence. " At the American Association of Gynecologic Laparoscopists, Chicago, Illinois, September 27, 1996.

137. "Gynecologic Problems in Surgery." General Surgery Review Course, Chicago, Illinois, October 9, 1996.

138 "Contraception. " Chicago Area Review Course, Chicago, Illinois, October 16, 1996.

**PRESENTATIONS AND INVITED LECTURES (Cont):**

139. "Contraception. " Obstetrics and Gynecology Review, Chicago, Illinois, November 6,1996.

140. "Contraceptive Update." Grand Rounds, Michael Reese Hospital, Chicago, Illinois, January 9, 1997.

141. "Contraceptive Update." Chicago Obstetrics and Gynecology Review, Chicago, Illinois, April 16, 1997.

142. "Contraception; Ectopic Pregnancy; Injections and Antibiotics; HIV and the Woman Patient; Obstetrical Emergencies." At the Obstetrics and Gynecology Review Course, St.

Louis Missouri, April 23, 1997.

143. "Urinary Incontinence." "Practical Pearls for Women's Health Care: A Clinical Perspective" At the University of Illinois at Chicago, Illinois, May 17, 1997.

144. "Urinary Incontinence: Evaluation and Open Surgical Repair; Role of Laparoscopy in Pelvic Reconstructive Surgery." At the Laparoscopic Pelvic Surgery Course, Atlanta Georgia, May 23-24, 1997.

145. "Painful Bladder Syndromes." At the 25' Annual Conference for Nurse Pratictioners in Women's Health, Milwaukee, Wisconsin, June 11, 1997.

146. "Contraception; Ectopic Pregnancy; Infections and Antibiotics." Arlington Heights, Illinois, June 25, 1997.

147. "Contraceptive Update." Springfield, Illinois, July 24, 1997.

148. "Evaluation and treatment of urinary incontinence; painful bladder syndromes: Interstitial cystitis, urethral syndrome, and sensory urgency; Treating pelvic floor dysfunction" at Advances in Health Care for Women Over 40. Jackson Hole, Wyoming, August 7-8, 1997.

**PRESENTED ABSTRACTS:**

1. Levy JS, Rosenzweig BA, Kaplan B, et al: Changed criteria for antenatal fetal heart rate testing: A five year single institution experience. Presented at the Eighth Annual Meeting of the Society of Perinatal Obstetricians, February 6, 1988, Las Vegas (Abstract #267).

2. Bergman F, Rotmensch S, Rosenzweig BA, et al: Analysis of Factor VIII complex and Von Willebrand factor multimers in preeclampsia. Presented at the Thirty-Sixth Annual Meeting of the Society for Gynecologic Investigation, March 17, 1989, San Diego (Abstract #277).

3. Thomas S, Karram M, Rosenzweig BA, Bhatia NN: Long-term experience with the Birch procedure: Effects of menopausal status on outcome. Presented at the Thirty-Eighth Annual Meeting of the American College of Obstetricians and Gynecologists, May 9, 1990, San Francisco.

4. Rosenzweig BA, Soffici AR, Thomas S, Bhatia NN: Voiding patterns of patients with cystocele. Presented at the Twelfth Annual Symposium of the Urodynamics Society, May 12, 1990, New Orleans.

5. Rosenzweig BA, Bhatia NN: The use of carbon dioxide laser in urology. Presented at the Eleventh Annual Meeting of the Gynecologic Laser Society, June 10, 1990, Chicago.

6. Roserizweig BA, Bhatia NN, Hischke D, et al: The psychological profiles of women before and after surgical treatment of stress urinary incontinence. Proceeding of the Twentieth Annual Meeting of the International Continence Society, September 12-15, 1990, Aarhus, Denmark.

**PRESENTED ABSTRACTS (Cont):**

7. Rosenzweig BA, Bhatia NN: Temporal separation of urethral and bladder pressure spikes during cough in women with stress urinary incontinence, urge incontinence and after incontinence surgery. Proceeding of the Twentieth Annual Meeting of the International Continence Society, September 12-15, 1990, Aarhus, Denmark.

8. Rosenzweig BA, Bhatia NN, Hischke D, Thomas S, Nelson AL: The psychological status of women before and after treatment of stress incontinence. Presented at the Eleventh Annual Meeting of the American Uro-Gynecologic Society, November 1, 1990, Tarpon Springs.

9. Roserizweig BA, Bhatia NN, Nelson AL: Pressure transmission ratio: What do the numbers really mean? Presented at the Eleventh Annual Meeting of the American Uro-Gynecologic Society, November 2, 1990, Tarpon Springs.

10. Rosenzweig BA, Blumenfeld D, Bhatia NN: Incidence of urinary incontinence in asymptomatic women with severe genitourinary prolapse: A rationale for preoperative urodynamic evaluation. Presented at the Thirty-Ninth Annual Meeting of the American College of Obstetricians and Gynecologists, May 7, 1991, New Orleans.

11. Rosenzweig BA, Blumenfeld D, Bhatia NN: Pessary test in the evaluation of detrusor instability in women with genitourinary prolapse. Proceeding of the Twenty-First Annual Meeting of the International Continence Society, October 10-12, 1991, Hannover, Germany.

12. Rosenzweig BA, Blumenfeld D, Bhatia NN: Detrusor instability in women with genitourinary prolapse: Correlation of pessary test with operative results. Presented at the Twelfth Annual Meeting of the American Uro-Gynecologic Society, October 23, 1991, Newport Beach

13. Rosenzweig, BA, Bhatia NN, Karram. MM, Blumenfeld D: Management. of recurrent severe stress urinary incontinence using modified suburethral sling procedure: Autologous versus synthetic material. Presented at the Twelfth Annual Meeting of the American Uro Gynecologic Society, October 25, 1991, Newport Beach.

14. Rosenzweig BA, Prins GS, Bolina PS, et al: Steroid receptors of the lower urinary tract in the rabbit. Presented at the Annual Clinical Meeting of the American College of Obstetricians and Gynecologists. May 5, 1993. Washington, DC.

15. Rosenzweig BA, Scotti RJ: The state of resident education in urogynecology. Presented at the CREOG and APGO Annual Meeting. March 2-5, 1994, Nashville.

16. Hopkins S, Rosenzweig B, Maurice J. Laparoscopic Retrieval of an Intraperitoneal Intrauterine Devic. 42nd Global Conference of Minimally Invasive Gynecology. November 2013. Washingon DC.

## PUBLICATIONS:

**BOOK CHAPTERS:**

1. Gunning JE, Rosenzweig BA. Evolution of endoscopic surgery. In: White RA, Klein SR, eds. *Endoscopic Surgery*. St. Louis, Mosby-Yearbook, Inc., 1991:3.

2. Bhatia NN, Rosenzweig, BA. The urologically oriented neurological examination. In: Ostergard DR, Bent AE, eds. *Urogynecology and Urodynamics: Theory and Practice, 3rd ed*. Baltimore, Williams and Wilkins, 1991:102.

3. Rosenzweig BA. Endoscopy evaluation of the lower urinary tract. In: Walters MD, Karram MM, eds. *Clinical Urogynecology*. St. Louis, Mosby-Yearbook, Inc., 1993:124.

4. Rosenzweig BA. Radiologic studies of the lower urinary tract. In: Walters MD, Karram MM, eds. *Clinical Urogynecology*. St. Louis, Mosby-Yearbook, Inc., 1993:134.

**BOOK CHAPTERS (Cont):**

5. Lind LR, Rosenzweig BA, Bhatia NN. Urologically oriented neurological examination. In Ostergard Dr. Bent AE, eds. *Urogynecology and Urodynamics: Theory and Practice 4th ed.*, Baltimore, Williams and Wilkins, 1996:99.

6. Maurice JM, Rosenzweig BA. Acute Female Pelvic Pain *Common Surgical Diseases: An Algorithmic Approach, 3rd Edition,* In Press

**LETTERS TO THE EDITOR:**

1. Levy J, Rosenzweig BA, Blumenthal P: Amnioinfusion for fetal distress. *Am J Obstet Gynecol*, 1986;155:1361.

2. Levy J, Rosenzweig BA: Intubation and resuscitation of meconium-stained newborns. *Resp Care*, 1987;32:130.

3. Levy J, Rosenzweig BA, Blumenthal P: Comparison of uterine activity by nipple stimulation and oxytocin. *Obstet Gynecol*, 1987;70:430.

4. Blumenthal P, Rosenzweig BA: The prophylactic effect of doxycycline on postoperative infection rate after first-trimester abortion. *Obstet Gynecol*, 1988;72:146.

5. Rosenzweig BA: Dynamic urethral pressure profilometry pressure transmission ratio: What do the numbers really mean? Letter (in reply). *Obstet Gynecol*, 1991;78:476.

**PUBLISHED ABSTRACTS**:

1. Rosenzweig BA, Rader JS, Padleckas R, et al: Correlation of human papillornavirus DNA and presence of atypical squamous cells in Pap smears. *Gynecol Oncol*, 1989;32:115.

2. Rosenzweig BA, Soffici AR, Thomas S, Bhatia NN: Voiding patterns of patients with cystocele. *Neurourol Urodynam*, 1990;9:230.

**ORIGINAL ARTICLES**:

1. Rosenzweig BA, Rotmensch S, Ressetar A: Term interstitial pregnancy resulting in a live infant. *Obstet Gynecol*, 1988;72:491.

*2. Blumenthal PD, Rosenzweig BA, Levy JS, et al: Ectopic pregnancy prevalence at a tertiary urban obstetrical center: The roles of previous surgery, hospital self-selection and detection bias. *Am J Gynecol Health*, 1988;2:18.

3. Levy JS, Rosenzweig BA, Blumenthal L: Bilateral tubal pregnancies after tubal sterilization. *Obstet Gynecol*, 1988;72:494.

*4. Rosenzweig BA, Rotmensch S, Binette SP, Philippe M: Primary idiopathic polymyositis and dermatomyositis complicating pregnancy: Diagnosis and management. *Obstet Gynecol Surv*, 1989;34:950.

5. Rosenzweig BA, Levy JS, Schipiour P, Blumenthal PD: Comparison of the nipple stimulation and exogenous oxytocin contraction stress tests: A randomized prospective study. *J Reprod Med*, 1989;34:950.

6. Rotmensch S, Rosenzweig BA, Philippe M: The impact of the AIDS epidemic on the philosophy of childbirth. *Am J Obstet Gynecol*, 1989; 161:855.

**\* Non peer review**
**ORIGINAL ARTICLES (Cont):**

7. Rosenzweig BA, Seifer DB, Grand WD, et al: Urologic~ injury during vaginal hysterectomy. A case-control study. *J Gynecol Surg*, 1990;6:27.

*8. Rosenzweig BA, Birenbaum DL, Baggish MS: Pelvic inflammatory disease as a complication of carbon dioxide laser surgery of the cervix. *J Gynecol Surg*, 1989;5:117.

9. Baggish MS, Sze EHM, Rosenzweig BA, et a]: Direct hysteroscopic observation to document the reasons for abnormal bleeding secondary to submucous myoma. *J Gynecol Surg*, 1989;5:149.

10. Roserizweig BA, Baggish MS, Sze EHM: Carbon dioxide laser therapy for benign cervical tumors. *J Gynecol Surg*, 1990;6:97.

11. Sze EHM, Rosenzweig BA, Osborne NG, Baggish MS: Catheter-associated bacteriuria following gynecologic surgery. *J Gynecol Surg*, 1989;5:171.

12. Sze EHM, Rosenzweig BA, Birenbaum DL, et al: Excisional conization of the cervix uteri: A five-part review. Parts I and II. *J Gynecol Surg*, 1989;5:235.

13. Sze EHM, Rosenzweig BA, Birenbaum DL, et a]: Excisional conization of the uteri: A five part review. Parts III, IV and V. *J Gynecol Surg*, 1989;5:325.

14. Cohn GM, Rosenzweig BA, Adelson MD, Sze EHM: A complication associated with pneumatic compression stocking used for gynecologic surgery. *J Gynecol Surg*, 1989;5:389.

15. Rader JS, Rosenzweig BA, Spirtas R, et al: Atypical squamous cells: A case-series study of the association between Papanicolaou smear and human papillomavirus DNA genotype. *J ReprodMed*, 1991;36:291.

16. Bergman F, Rotmensch S, Rosenzweig BA, et al: The role of von Willebrand factor in preeclampsia. *Thromb Haemostas*, 1991;66:525.

17. Rosenzweig BA, Soffici AR, Thomas S, Bhatia N: Urodynamic evaluation of voiding in women with cystocele. *J Reprod Med*, 1992;37:162.

18. Rosenzweig BA, Bhatia NN: The use of carbon dioxide laser in female urology. *J Gynecol Surg*, 1991;7:11.

19. Rosenzweig BA, Hischke D, Thomas S, et al: Stress incontinence in women: Psychological status before and after treatment. *J Reprod Med*, 199 1;36:835.

20. Rosenzweig BA, Bhatia NN: Temporal separation of cough-induced urethral and bladder pressure spikes in women with urinary incontinence. *Urology*, 1992;39:165.

21. Karrarn MM, Rosenzweig BA, Bhatia NN: Artificial urinary sphincter for recurrent-severe stress urinary incontinence in women: Urogynecologic perspective. *J Reprod Med*, 1993;38:791.

22. Rosenzweig BA, Bhatia NN, Nelson AL: Dynamic urethral pressure profilometry pressure transmission ratio: What do the numbers really mean*? Obstet Gynecol*, 1991;77:586.

23. Rosenzweig BA: Neurological control of micturition. *J Gynecol Surg*, 1992;8:59.

24. Ogundipe A, Rosenzweig BA, Karrarn MM, et al: Modified suburethral sling procedure for the treatment of recurrent or severe stress urinary incontinence. *Surg Gynecol Obstet*, 1992;175:173.

**\* Non peer review**

**ORIGINAL ARTICLES (Cont):**

25. Rosenzweig BA, Pushkin S, Blumenfeld D, Bhatia NN: Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse. *Obstet Gynecol*, 1992;79:539.

26. Rosenzweig BA: Genitourinary prolapse and lower urinary tract dysfunction. Int *Urogynecol J*, 1993;4:296.

27. Regan MA, Rosenzweig BA: Vulvar carcinoma in pregnancy: A case report and literature review. *Am J Perinatal*, 1993;10:334.

28. Font GE, Brill Al, Stuhldreher PV, Rosenzweig BA: Endoscopic management of incidental cystotomy during operative laparoscopy. *J Urol*, 1993;149:1130.

*29. Marcovici I, Rosenzweig BA, Brill Al, Khan M, Scommegna A: Cervical pregnancy: Case reports and a current literature review. Obstet Gynecol Surv, 1994;49:49.

30. Norton P, Karram M, Wall LL, Rosenzweig BA, et al: Randomized double-blind trial of terodiline in the treatment of urge incontinence in women. *Obstet Gynecol*, 1994;84:386

31. Marcovici I, Rosenzweiiz BA, Brill Al, Scommegna A: Colchicine and post inflammatory adhesions in a rabbit model: A dose response study. *Obstet Gynecol*, 1993;82:216.

32. Baggish, MS, Brill Al, Rosenzweig BA, et al: Fatal acute glycine and sorbitol toxicity during operative hysteroscopy. *J Gynecol Surg*, 1993;9:137.

33. Rosenzweig BA, Bolina PS, Birch L, et al: Location and concentration of estrogen, androgen, and progesterone, and androgen receptors. in the bladder and urethra of the rabbit. *Neurourol Urodynam*, 1995;14:87.

34. Rosenzweig BA, Even AH, Scotti RJ: The state of resident education in urocrynecology. *Int Urogynecol J*, 1995;6:18.

*35. Rosenzweig BA, Brill Al: Laparoscopic colposuspension operation, Pro. *J Gynecol Surg*, 1994;10:203.

36. Rosenzweig BA: Severe genital prolapse and its relationship to detrusor instability. *Int Urogynecol J*, 1995; 6:86.

37. Mauck C, Glover L.H., Miller E, Allen S, Archer DF, Blumenthal P, Rosenzweig BA et al: Lea's Shield: A phase 1 study of the safety and efficacy of a new vaginal barrier contraceptive used with and without spermicide. *Contraception,* 1996; 53:329.

38. Rosenzweig BA, Even A, Budnick LE: Observations of scanning electron microscopy detected abnormalities of untreated latex condoms. *Contraception*, 1996; 53:49.

**\* Non peer review**

Revised:  August 5, 2013

# EXHIBIT B

**Testimonial History**
**of**
**Bruce Alan Rosenzweig, M.D.**
**2009 to Present**

Donald Budke v. Becky Simpson, M.D.
Court Case No. 10CM-CC00085
Missouri Circuit Court, 26th Judicial Circuit

Roxann Comried v. Thomas Getta, M.D., *et al.*
Court Case No. LA CV062272
Linn County District, Cedar Rapids, IA

Mary Ann Grady v. Jorge Romero, M.D.
Court Case No. CV-2011-10-5610
Ohio Common Pleas Court, Summit County, OH

Beverly Green v. Fitzgibbon Hospital
Court Case No. 08SA-CV00057
Missouri Circuit Court, 15th Judicial Circuit

Sandra L. Greene v. Lia D. Shorter, M.D., *et al.*
Court Case No. CL10000246-00
Fredericksburg Circuit Court, Fredericksburg, VA

Brooke Hollan v. Daniel Gehlbach, M.D.
Court Case No. 09CV02184
Johnson County District Court, KS

Tammy Jefferson, *et al.* v. Greater Washington Medicenter, LLC
Court Case No. CAL09-15527
Circuit for Prince George's County, MD

Mary King v. Michael Heit, M.D.
Court Case No. 13-CI-003843
Jefferson County, KY

Mary Labbe v. Summa Hospital System
Court Case No. CV-2010-11-7805
Ohio Common Pleas Court, Summit County, OH

Christy McKinney v. Summa Health System
Court Case No. CV-2011-10-5843
Ohio Common Pleas Court, Summit County, OH

Melissa Mills v. Parag Patel, M.D.
Court Case No. 05-CI-02315
Circuit Court, Boone County, KY

Judith Nash v. Kianoush Khaghany, *et al.*
Court Case No. Unknown
Michigan Circuit Court, 38th Judicial Circuit, MI

Deborah O'Donnell v. Antoinette Berkley, M.D.
Court Case No. 000971/2007
Supreme Court of New York, 9th Judicial District NY

Patricia Pater v. Mercy Health System
Court Case No. 10LA000347
Illinois Circuit Court, 22nd Judicial Circuit, IL

Marilyn Pitton, *et al.* v. Kim Josen, M.D., *et al.*
Court Case No. CV2010-050204
Arizona Superior Court, Maricopa County, AZ

Marie Skelnik v. Donald C. Whiteside, M.D.
Court Case No. 08-CVS-3683
Superior Court, Mecklenburg County, IL

Mason Smith v. John Payne, M.D.
Court Case No. 49D04-0511-CT-42869
Marion County Superior, Indianapolis, IN

Noshay v. Northwestern Medical Center
Court Case No. 10 L 004822
Cook County, IL

Tara Mills v. Todd P. Berner, M.D.
Court Case No. Unknown
Virginia

Christine A. Warner v. Thomas W. Hinz
Court Case No. Unknown
Georgia

Barbara Duckworth v. American Medical Systems
Court Case No. 201137645
Texas District Court, Harris County, TX


Lewis v. Ethicon (TVT)
Case # 2: 12 - CV – 04301
U. S. District Court Southern District of West Virginia
Deposition 11/01/2013


Elizabeth Guiterrez v Westlake Hospital et. al
Court No. 09 L 4276
Case No. 2010013165 (Illinois either Cook or Du Page county)
Deposition 11/21/2013


Lewis v Ethicon (TVT)
Case # 2: 12 - CV – 04301
U. S. District Court Southern District of West Virginia
Trial 02/11/2014

Huskey v. Ethicon (TVT-O)
Case # 2: 12 – CV – 09972
U. S. District Court Southern District of West Virginia
Deposition  3/25/14


Martinez v AMS and Endo Pharmaceuticals (Elevate & MiniArc)
Cause No. DC-13-13098
District Court of Harris County, Texas
Deposition 3/31/2014


Blankenship & Pugh v Boston Scientific Corp (Obtryx)
Case No. 2:13-cv-22906 and 01565
U. S. District Court Southern District of West Virginia
Deposition 6/09/2014


Stamper v The Christ Hospital et al
Case No. A 1205079
Hamilton County, Ohio
Deposition 6/18/2014

Carter v Glazerman, Tampa General Hosp
Case No.: 12-CA-009942
Hillsborough County, Florida
Deposition 7/03/2014

Huskey v Ethicon  (TVT-O)
Case #2: 12 –CV – 09972
U. S. District Court Southern District of West Virginia
Trial Testimony 8/25-26/2014

Corbet v Ethicon (TVT-R)
Case #291
Docket No. ATL-L-2911-13
Superior Court of New Jersey, Atlantic County
Deposition  8/29/2014

Ramirez v Ethicon (TVT-O)
Civil Action # 2012-CI-18690
District Court 438th Judicial District, Bexar County, Texas
Deposition 10/11/2014

MDL v CR Bard (Align)
MDL No. 2187
U. S. District Court Southern District of West Virginia
Deposition 10/29/2014

Covington et al v CR Bard
MDL No 2187
Case # 2:12 cv-05114
U. S. District Court Southern District of West Virginia
Deposition 10/30/2014

Green et al v CR Bard
MDL No 2187
Case # 2:13 cv-30766
U. S. District Court Southern District of West Virginia
Deposition 10/31/2014

Tyree et al v Boston Scientific Corp (Obtryx)
MDL No 2326
Case # 2:12  cv – 08633
U. S. District Court Southern District of West Virginia
Trial Testimony 11/4/2014

MDL v Boston Scientific Corp  (Advantage/Lynx)
MDL No 2325 – Advantage
U. S. District Court Southern District of West Virginia
Deposition 11/24/2014

Brock et al v CR Bard
MDL No 2187
Case # 2:12-cv-05114
U. S. District Court Southern District of West Virginia
Deposition 11/29/2014

Carlson et al v Boston Scientific
MDL No 2326
Case # 2:13-cv-5475
U. S. District Court Southern District of West Virginia
Deposition 12/01/2014

Higginbotham et al v Boston Scientific
MDL No 2326
Case # 2:13-cv-5475
U. S. District Court Southern District of West Virginia
Deposition 12/03/2014

Craft et al v Boston Scientific
MDL No 2326
Case # 2:13-cv-04433
U. S. District Court Southern District of West Virginia
Deposition 12/08/2014

Collins et al v Boston Scientific
MDL No 2326
Case # 2:13-cv-11658
U. S. District Court Southern District of West Virginia
Deposition 12/10/2014

Perry v Ethicon (Abbrevo)
Case No.: 1500-cv-279123 LHB
Superior Court of the State of California
County of Kern
Deposition 12/15/2014

Spohn et al v CR Bard
MDL No 2187
Case # 2:13 cv-30512
U. S. District Court Southern District of West Virginia
Deposition 12/18/2014

Perry v Ethicon (Abbrevo)
Case No.: 1500-cv-279123 LHB
Superior Court of the State of California
County of Kern
Trial Testimony 01/29/2015, 02/02/2015, 02/03/2015

Pantoja & Porter  v CR Bard
MDL No 2187
Case # 2:14 cv-01353
U. S. District Court Southern District of West Virginia
Deposition 02/09/2015

Kerrn v Wagner
Case No.: 13-CA-009513
Circuit Court of the Thirteenth Judicial Circuit Hillsborough County, Florida
Civil Division
Deposition 04/02/2015

Acosta et al  v CR Bard
MDL No 2187
Case # 2:13 cv-06855
U. S. District Court Southern District of West Virginia
Deposition 05/11/2015

Colletti et al  v CR Bard
MDL No 2187
Case # 2:14 cv-11534
U. S. District Court Southern District of West Virginia
Deposition 05/18/2015

Brenner et al v Mentor (Obtape)
MDL Case No. 2004
U. S. District Court Middle District of Georgia
Colombus Division
Deposition 07/09/2015

Cavness v Ethicon (Prosima)
Cause No. DC-14-04220
95th District Court
Dallas County, Texas
Deposition 07/13/2015

Sherrer v Boston Scientific and CR Bard (Align & Solyx)
Case No. 1216-CV27879  Division 15
Circuit Court of Jackson County, Missouri at Kansas City
Deposition 8/3/2015

Kilgore v American Medical Systems (Elevate)
Case No.:14CV01312  Division: 14
District Court of Johnson County Kansas
Civil Court Department
Deposition 8/12/2015

Suen et al v Mentor (Obtape)
MDL Case No. 2004
U. S. District Court Middle District of Georgia
Colombus Division
Deposition 09/10/2015

Cantrell v Ethicon (TVT-R)
Master Docket No. Ber-L-11575-14
Superior Court of New Jersey Law Division – Bergen County
Deposition 09/16/2015

Mullins et al v Ethicon  (TVT-R Design Defect)
MDL Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 09/22/2015

Cavness v Ethicon (Prosima)
Cause No. DC-14-04220
95th District Court
Dallas County, Texas
Trial 09/24/2015

Carlson v Boston Scientific (Uphold)
MDL No 2326
U. S. District Court Southern District of West Virginia
U. S. District Court Western District of North Carolina
Trial 10/08/2015

Sherrer v Boston Scientific and CR Bard (Solyx and Align)
Case No. 1216-CV27879  Division 15
Circuit Court of Jackson County, Missouri at Kansas City
Trial 12/10-11/2015, 12/14-16/2015

Carlino v Ethicon (TVT R)
No. 03470
Court of Common Pleas
Philadelphia County, Pennsylvania
De Bene Esse Deposition 12/22/2015; 01/13–14/2016

Carter v AMS (Sparc & Perigee)
C.A. No N10C-05-209-PEL
Superior Court 0f the State of Delaware
Deposition 1/18/2016

McGee v Ethicon (TVT Secur)
No. 3483
Court of Common Pleas
Philadelphia County, Pennsylvania
Deposition 2/04/2016

Burkhart et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 3/10/2016

Forester et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 3/11/2016

Herrera-Nevarez  et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 3/12/2016

Vignos-Ware et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 3/13/2016

Wroble et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 3/19/2016

Ramirez v Ethicon (TVT-O)
Civil Action # 2012-CI-18690
District Court 438th Judicial District, Bexar County, Texas
De Bene Deposition 3/31/2016

Childress et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 5/22/2016

Meyer et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 5/26/2016

Cooper et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 6/04/2016

Hernandez et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 6/05/2016

Mullins Consolidated  (TVT-R)
Bennett et al v Ethicon
MDL Master File No. 2:12-MD-02952
U. S. District Court Southern District of West Virginia
Deposition 06/22/2016

Mullins Consolidated  (TVT-R)
Gillum et al v Ethicon
MDL Master File No. 2:12-MD-02952
U. S. District Court Southern District of West Virginia
Deposition 06/25/2016

Mullins Consolidated  (TVT-R)
Burgoyne et al v Ethicon
MDL Master File No. 2:12-MD-02952
U. S. District Court Southern District of West Virginia
Deposition 06/26/2016

Jasso v Ethicon (Prosima)
State of New Mexico, County of Bernalillo
Second Judicial District  No. D-202 CV-2013-05744
Deposition 07/14/2016

Mullins Consolidated  (TVT-R)
Tomblin et al v Ethicon
MDL Master File No. 2:12-MD-02952
U. S. District Court Southern District of West Virginia
Deposition 07/20/2016

Hill et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 8/25/2016

Smith v Ethicon (TVT-O)
Master Docket No. Ber-L-11575-14
Superior Court of New Jersey Law Division Bergen County
Docket No. Ber-L-16720-14 MCL
Deposition 8/31/2016

Flores v Boston Scientific (Solyx, Pinnacle, Uphold)
Civil Action No. MICV2012-02867
Commonwealth of Massachusetts
Middlesex, SS.  Superior Court
Deposition 12/19/2016

Engleman v  Johnson & Johnson and Ethicon (TVT-S)
March Term, 2014 No. 5384
Philadelphia County Court of Common Pleas
Trial Division
Deposition 01/12/2017

Anders et al v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 2/18/2017

Strauss v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 2/19/2017

Adkins v Johnson & Johnson and Ethicon (TVT-S)
July Term, 2013 No. 00919
Philadelphia County Court of Common Pleas
Trial Division
Deposition 02/22/2017

Engleman v  Johnson & Johnson and Ethicon (TVT-S)
March Term, 2014 No. 5384
Philadelphia County Court of Common Pleas
Trial Division
Trial 04/13/2014 and 04/17/2017 – 04/18/2017

Rayfield v CR Bard (Avaulta and Align)
Docket No. L-452-15 MCL
Master Case No. Ber-L-17717-14
Superior Court of New Jersey
Law Division, Bergen County
Deposition 05/08/2017

Adkins v Johnson & Johnson and Ethicon (TVT-S)
July Term, 2013 No. 00919
Philadelphia County Court of Common Pleas
Trial Division
Trial 05/24-26/2017 and 5/30/2017

Barker et. al. v CR Bard
MDL No. 2187
Master File No. 2:10-MD-02187
U. S. District Court Southern District of West Virginia
Deposition 7/09/2017

Cooley et. al. v CR Bard
MDL No. 2187
Master File No. 2:10-MD-02187
U. S. District Court Southern District of West Virginia
Deposition 7/10/2017

Ebaugh v  Johnson & Johnson and Ethicon (TVT-S)
July Term, 2013 No. 00866
Philadelphia County Court of Common Pleas
Trial Division
De Bene Esse Deposition 7/14 – 7/17/2017

O'Neil et al v Karl Stroz Endoscopy – America (Power Morcellator)
Lead Case No. BC581718
Superior Court of the State of California

County of Los Angeles – Central District (CCW)
Deposition 8/03/2017

Herrera-Nevarez v Ethicon (TVT-O)
Case No. 1:17 cv 03930
US District Court Northern District of Illinois
Eastern Division
Deposition 8/08/2017

Herrera-Nevarez v Ethicon (TVT-O)
Case No. 1:17 cv 03930
US District Court Northern District of Illinois
Eastern Division
Trial  8/16 – 8/17/2017

Corley-Davis et. al. v CR Bard
MDL No. 2187
Master File No. 2:10-MD-02187
U. S. District Court Southern District of West Virginia
Deposition 8/26/2017

Bailey et. al. v CR Bard
MDL No. 2187
Master File No. 2:10-MD-02187
U. S. District Court Southern District of West Virginia
Deposition 8/27/2017

Ortiz v Aldi-Batavia, IL.
Case No.: 11 WC 44775
Before The Illinois Workers' Compensation Commission
Deposition 8/30/2017

Harris v Boston Scientific Corp (Lynx)
C. A. No. N15C-06-216-PEL
In The Superior Court of the State of Delaware
In and For New Castle County
Trial 9/20/2017

Lankston v Ethicon (TVT-Secur)
SDWA Cause No. 2:12-CV-00755
United States District Court, Southern District of Texas
Trial 11/07/2017

Hrymoc v Ethicon (TVT-O)
Docket No. Ber-L-013696-14
Superior Court of New Jersey
Law Division – Bergen County
Trial 12/06/2017

Mathis v CR Bard (Align – S)
MDL No. 2187
Civil Action No. 2:16-cv-08014
U. S. District Court Southern District of West Virginia
Deposition 1/11/2018

Kaiser v Johnson and Johnson and Ethicon (Prolift)
Case No. 2:17-cv-00114-PPS
US District Court for the Northern District of Indiana
Hammond Division
Trial 2/28/2018

Fajardo v Boston Scientific (Obtryx)
Docket No. X06-UWY-CV14-6026830-S
Superior Court
Complex Litigation
At Waterbury, Connecticut
Deposition 6/11/2018

MDL v Boston Scientific
MDL No. 2326
U. S. District Court Southern District of West Virginia
Deposition 8/30/2018

Fajardo v Boston Scientific (Obtryx)
Docket No. X06-UWY-CV14-6026830-S
Superior Court
Complex Litigation
At Waterbury, Connecticut
Trial 9/6 – 9/7/2018

Datil v CR Bard (Align TO)
MDL No. 2187
Civil Action File No. 2:13-cv-24253
U. S. District Court Southern District of West Virginia
Deposition 9/13/2018

Kearse & Hampton v Mentor Worldwide LLC (Obtape)
Case No. 0:12-CV-02768-JNE-SER
Case No. 0:14-CV-005770PFS-TNL
U.S. District Court for the District of Minnesota
Deposition 9/20/2018

State of Washington v Johnson & Johnson et al
Case No. 16-2-12186-1 SEA
In The Superior Court of The State of Washington
In and For The County of King
Deposition 9/26/2018

Galster & McLean v American Medical Systems
MDL No. 2325
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 10/01/2018

Arndt & Roman v American Medical Systems
MDL No. 2325
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 10/03/2018

Puldon, Roeder & Swintelski v American Medical Systems
MDL No. 2325
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 10/04/2018

Pike v C.R. Bard (Align)
MDL No. 2187
Case No. 2:13-cv-12606
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 10/06/2018

Coleman, Kahn & Sandbergh v Boston Scientific Corp.
MDL No. 2326
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 10/11/2018

MDL v AMS Inc.
MDL No. 2325
U. S. District Court Southern District of West Virginia
Deposition 10/29/2018

Burkhardt-Givens v AMS Inc.
MDL No. 2325
Case No. 2:16-cv-01501
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 10/29/2018

Gomez et. al.  v AMS Inc.
MDL No. 2325
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 10/30/2018

Aguero &  Boneta v AMS Inc.
MDL No. 2325
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 10/31/2018

Sartore, Koford and Hannan v Boston Scientific Corp.
MDL No. 2326
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 11/05/2018

State of Washington v Johnson & Johnson et al
Case No. 16-2-12186-1 SEA
In The Superior Court of The State of Washington
In and For The County of King
Deposition 12/06/2018

The People of the State of California v Johnson & Johnson
Case No. 37-2016-00017229-CU-MC-CTL
Superior Court of the State of California
County of San Diego
Deposition 2/06/2019

Alicea v Boston Scientific Corp.
MDL No. 2326
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 04/01/2019

Sabotnik v AMS Inc.
MDL No. 2325
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 04/03/2019

Conway v AMS Inc.
MDL No. 2325
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 04/03/2019

Noles and Waldon v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 04/08/2019

Halford et. al. v Boston Scientific Corp.
MDL No. 2326
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 04/10/2019

Haskins v Boston Scientific Corp.
MDL No. 2326
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 04/11/2019

Tays and Susong v Ethicon
Master Docket No. Ber-L-11575-14
Civil Action In Re Pelvic Mesh/Gynecare Litigation
Case No. 291
Superior Court of New Jersey
Law Division – Bergen County
Deposition 4/12/2019

Jones and LoCoco v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 04/15/2019

Jacobs v Mentor Corp. and Coloplast Corp
MDL 2387
Civil Action No. 2:12-cv-04219
U. S. District Court Southern District of West Virginia
Deposition 04/17/2019

Garcia v Coloplast Corp.
MDL 2387
Master File No. 2:12-MD-02387
U. S. District Court Southern District of West Virginia
Deposition 04/17/2019

Devault and Delgado v Boston Scientific Corp.
MDL No. 2326
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 04/18/2019

Bell v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 04/26/2019

Sparks and Campbell v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 04/27/2019

Thomas v C.R. Bard (Align)
MDL No. 2187
Case No. 2:13-cv-12606
U. S. District Court Southern District of West Virginia
Charleston Division
Deposition 5/01/2019

MDL v Coloplast Corp.
MDL No. 2387
Master File No. 2:12-MD-02387
U. S. District Court Southern District of West Virginia
Deposition 5/02/2019

Arevalo v Coloplast Corp.
MDL 2387
Master File No. 2:12-MD-02387
U. S. District Court Southern District of West Virginia
Deposition 05/02/2019

Sparks and Evans v Coloplast Corp.
MDL 2387
Master File No. 2:12-MD-02387
U. S. District Court Southern District of West Virginia
Deposition 05/03/2019

Holmes, Theisen and Walsh v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 05/06/2019

Williams v Ethicon
MDL 2327
Master File No. 2:12-MD-02327
U. S. District Court Southern District of West Virginia
Deposition 05/07/2019

Godreau-Rivera and Perretta v Coloplast Corp.
MDL 2387
Master File No. 2:12-MD-02387
U. S. District Court Southern District of West Virginia
Deposition 05/07/2019

# EXHIBIT C

## Reliance List

**Materials Relied Upon:**

General Report of Bruce A. Rosenzweig tendered in this MDL and all exhibits and documents listed therein.

Literature listed herein and in my General Report tendered in this MDL.

Reports of General Experts relating to Prolift and TVT-O filed in this MDL.

General Reports of Bruce Rosenzweig listed herein and all exhibits.

**Case Specific Depositions:**

- Michelle Geery

**Medical Records and Billing**

- Advent Health Medical Group, OB GYN-Altamonte Springs
- Cardiology Consultants
- Center for Natural and Integrative Medicine
- Jewett Orthopaedic Clinic, RDV Sportsplex - Maitland
- Jewett Orthopaedic Clinic, P.A.
- Neurology Associates, P.A.
- Ob & Gyn Specialists, P.A., Women's Care Florida - OB & GYN Specialists
- Palm Springs Family Care
- Physicians Associates – Florida
- Plaintiff Supplied Records
- Shepherd's Hope Health Center-Downtown
- South Seminole Hospital