# EXHIBIT 1

ORLANDO REGIONAL HEALTHCARE SYSTEM

PATIENT NAME: GEERY, MICHELLE
MEDICAL RECORD NUMBER:
ACCOUNT NUMBER:
ADMISSION DATE: 05/16/2006
DISCHARGE DATE: 05/18/2006
ROOM: 7418 01
DATE OF BIRTH:
OPERATIVE REPORT

DATE:

PREOPERATIVE DIAGNOSIS: Symptomatic relaxation. Stress urinary incontinence. Possible previous TVT (tension-free vaginal tape) that was too tight.

POSTOPERATIVE DIAGNOSIS:

OPERATION: Anterior repair, urethrolysis as well as TVT obturator, anterior Prolift and posterior Prolift, site-specific posterior repair, enterocele repair, cystoscopy.

SURGEON: Virgil A. Davila, M.D.

ASSISTANT:

ANESTHESIA: General endotracheal.

ESTIMATED BLOOD LOSS: 200 cc.

COMPLICATIONS: None.

INDICATIONS: This patient is a 52-year-old with symptomatic relaxation and stress urinary incontinence.

PROCEDURE: After appropriate general endotracheal anesthesia, the patient was placed in the dorsal lithotomy position, and prepared and draped in the usual fashion. At that particular point, the anterior compartment was examined and an incision was made from right below the urethra all the way down to the vaginal cuff after injecting with Marcaine with epinephrine. At that particular point, the pubocervical fascia was separated from the vaginal mucosa in the usual fashion without difficulty whatsoever. Cystoscopy was then performed to evaluate the urethra. The urethra appeared to have a tight band that was probably due to a previous TVT, although they have no records of such, have no way of proving that. In addition to that, at that particular point, the urethra was carefully examined and a band was taken out which appeared to be suspicious for the TVT; however, at that particular point, it was decided to continue with posterior repair. The dissection of the bladder from the pubocervical fascia was taken down all the way down to the level of the ischial spine bilaterally, after which the bladder was reduced using 2-O Vicryl due to

Page 1                                                                 G1

Chart Copy

ORLANDO REGIONAL HEALTHCARE SYSTEM

PATIENT NAME: GEERY, MICHELLE
MEDICAL RECORD NUMBER:
ACCOUNT NUMBER:
ADMISSION DATE: 05/16/2006
DISCHARGE DATE: 05/18/2006
ROOM: 7418 01
DATE OF BIRTH:
OPERATIVE REPORT

the large bladder. The enterocele was then found, which was reduced as well and it was pursestringed in order to make sure that it will not recur again. At that particular point, the trocars were then placed in the anterior portion through the obturator membrane in the abductor longus insertion, one on the right and one on the left side. The other one was placed 2 cm lateral and 1 cm inferior. This was done on both sides without difficulty whatsoever. The mesh was then placed without difficulty and was trimmed in the usual fashion. It was secured. At that particular point after placing the mesh, it was secured at the level of the vaginal cuff and it was also secured in the anterior portion as well. After making sure that was in place cystoscopy was then performed making sure the bladder was in no way injured. At that particular point, it was decided to do a TVT obturator since incision had already been made. The TVT obturator was then performed in the usual fashion without difficulty making sure that it was lateral and in the mid urethral area after making sure that it was placed, it was adjusted, it was kept very loose. It was decided to terminate that portion of the procedure. The patient was noted to have an enterocele, but it was again reduced and pursestringed on it so that would not recur again and the vaginal mucosa was reapproximated with 2-0 Vicryl. At that particular point, the mesh was adjusted and it was decided to proceed with posterior compartment. The posterior area was injected again with Marcaine with epinephrine to achieve hemostasis. An incision was made 1 cm below the vaginal cuff all the way down to the level of the introitus. At that particular point, the vaginal mucosa was separated from the rectovaginal fascia without difficulty whatsoever up to the ischial spine, rectal exam was performed and
<       > posterior repair was performed making sure again that the rectovaginal fascia was incorporated in order to achieve a successful repair. At that particular point, the trocars were then placed 3-cm lateral and inferior in the usual fashion and it was with proper tension, the area was trimmed again to make sure it would fit, and it was secured at the level of the vaginal cuff again and also at the level of the introitus again to make sure it was necessary in that particular area. The area was approximated with 2-0 Vicryl, after which the vaginal mucosa was reapproximated with 2-0 Vicryl without difficulty whatsoever. The procedure was then terminated. The sutures were reapproximated with DERMABOND and the vagina was packed

Page 2                                                              G1

Chart Copy
DAVILA, VIRGIL A - 1802

site specific

GEERYM_SOUSH_MDR00037

```
ORLANDO REGIONAL HEALTHCARE SYSTEM

PATIENT NAME:    GEERY, MICHELLE
MEDICAL RECORD NUMBER:
ACCOUNT NUMBER:
ADMISSION DATE:  05/16/2006
DISCHARGE DATE:  05/18/2006
ROOM:  7418  01
DATE OF BIRTH:
OPERATIVE REPORT

without difficulty.  The patient was taken to the recovery
room in satisfactory condition.



Virgil A. Davila, M.D. - 1802
4838081/ce  05/16/2006 00:00:00   05/19/2006 11:58:29
Corrected:  5/19/06/mb  (Acct.#)
```

Page 3                                                                    G1

Chart Copy
ELECTRONICALLY SIGNED BY
DAVILA, VIRGIL A - 1802
06/08/2006 08:54:07

GEERYM_SOUSH_MDR00038

**South Seminole Hospital**
**Preadmission Record**

| | | |
|---|---|---|
| Patient Name: | GEERY, MICHELLE A | Acct. # |
| MR#: | | Sex: Female |
| Case No.: | | DOB: |
| Confidential: | No | Age: 53y |
| Pt. Preferred Name: | Michelle | |

## Preadmit Time

| Preadmit Date | Start | Stop | P.A.T. Bed No | Preadmit Phone Interview Date | Procedure Date |
|---|---|---|---|---|---|
| 05/05/2006 | 11:15 | 13:23 | A | 05/15/2006 | 05/16/2006 |

## Procedure Information

Procedure Description: ANTERIOR AND POSTERIOR REPAIR WITH MESH PROLIFT SYSTEM POSS. TRANSVAGINAL TAPE

Preop Diagnosis:
INCONTINENCE STRESS FEMALE
PELVIC RELAXATION

Admission Type: OUTPATIENT     Admitted For: Surgery
                                Admitted Via: Ambulatory

## Nursing Assessment & Verification

### Allergies/Reactions

| a- Medication | Iodine, Betadine; Swelling |
| a- Medication | Penicillin; Rash |
| a- Medication | Sulfa; Tachycardia |

## Patient Information

| | | | |
|---|---|---|---|
| Latex Allergy Precautions: | None | | |
| Isolation Precautions: | NO ISOLATION PRECAUTIONS REQUIRED | | |
| Language: | ENGLISH | Primary Care MD: | William George |
| Language Comments: | No known language difficulty | Other Physicians: | Cardiologist-Whitworth |
| | | | GYN-Ashley Gilbert |
| | | Marital Status: | DIVORCED |
| Weight: | 96 kg   213 lbs   Measured | Height: | 163 cm   64 inches   Stated |
| Patient Statement: | | | |
| Hand Dominance: | Right | | |
| Consent Info: | No consent orders in chart at time of P.A.T.; Pt bringing orders day of surgery | | |
| Consent Comments: | To be signed day of surgery | | |
| H&P Info: | Not on chart at this time | | |
| Refer To: | Referrals to be called on admission to hospital by the nursing unit if necessary | | |

| Impairments: | Farsighted, Wears glasses |
| Special Needs: | No special needs identified by P.A.T. |

## Verification

Procedure Site Per Patient: Prolift

### Advance Directives
11:46   Living Will - none

### Medication History
11:24   Patient supplied medication history information

### P.A.T. Site/Procedure Verification
11:45   P.A.T.: Patient verified procedure/surgical site

GEERYM_SOUSH_MDR00039

From KRISTIN JACKSON 1.407.898.9805 Wed Jul 3 18:35:13 2019 CDT Page 96 of 126
Case 6:20-cv-01975-RBD-LHP Document 134-1 Filed 03/17/21 Page 6 of 13 PageID 43528
GEERY, MICHELLE (ia #  , dob.  )  Page 106/277
SURGICAL PATHOLOGY STUDY 10/26/2015 (#33244260)

OCT/26/2015/MON 11:46 AM                    FAX No.                    P. 045

## Surgical Pathology Report

GEERY , MICHELLE -

Result Type: Surgical Pathology Report
Result Date: October 20, 2015 10:05
Result Status: Auth (Verified)
Result Title: SURGCPRpt
Encounter info: 84639390, FH ORL, Procedure, 10/20/2015 - 10/20/2015

**SURGCPRpt**
```
Florida Hospital Pathology  Dept.
601 E. Rollins Street, Orlando, Fla. 32803   * 407-303-1932
Central Florida Pathology Associates, P.A.
FLORIDA HOSPITAL ORLANDO SURGICAL REPORT


MRI #:                       Patient Name: GEERY, MICHELLE
D.O.B.:              (Age: 62)
Specimen #: S15-21401
Collected Date: 10/20/2015
Admitting Phys: Jackson, Kristin M.  MD (14148)
Submitting Phys: Jackson, Kristin M.  MD (14148)
Copy To:


DIAGNOSIS:
"VAGINAL MESH":
BENIGN FIBROCONNECTIVE TISSUE WITH EMBEDDED SYNTHETIC MESH MATERIAL
AND ASSOCIATED FOREIGN BODY TYPE REACTION.

KHANNA/pj 10/21/15; 7425626
CPT code(s): 88304




Clinical History:
History of pelvic pain, mechanical complication of genitourinary
device.

Material(s) Submitted:
1: VAGINAL MESH

Gross Description:
The surgical requisition slip and specimen container match patient's
name, date of birth, and specimen description.  Received in formalin
labeled "vaginal mesh" is a 2.5 x 2.5 x 0.5 cm aggregate of ragged and
red soft tissue fragments with embedded synthetic mesh.  The specimen
is serially sectioned and representative sections are submitted in one
cassette labeled S15-21401, 1A. The remainder of the specimen is
returned to lab accessioning to be held.  ks/ess 10/20/15 at 2009;
7425484

exs1/10/20/2015
```

Printed by: JACKSON MD, KRISTIN M.
Printed on: 10/21/2015 16:53

Page 1 of 2
(Continued)

GEERYM_ADVAURO_MDR00187

GEERY, MICHELLE (id , dob )                                                                 Page 107/277
OCT/26/2015/MON 11:47 AM                              FAX No.                    P. 046

## Surgical Pathology Report                          GEERY , MICHELLE -

mig/10/21/2015
Microscopic Examination:
A microscopic examination has been performed and the findings are
incorporated in the diagnosis.

Electronically Signed by
Pawini Khanna MD 10/21/2015

**Completed Action List:**
* Order by JACKSON MD, KRISTIN M.

Printed by:     JACKSON MD, KRISTIN M.                            Page 2 of 2
Printed on:     10/21/2015 18:53                                  (End of Report)

## URINALYSIS, DIPSTICK 08/28/2015 (#31284144)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| Leukocytes | Negative | | | | | |
| Nitrite | negative | | | | | |

GEERYM_ADVAURO_MDR00188

From KRISTIN JACKSON 1.407.898.9805 Tue Jan 12 10:34:38 2021 CST Page 112 of 277
Case 6:20-cv-01975-RBD-LHP Document 134-1 Filed 03/17/21 Page 8 of 13 PageID 43530
GEERY, MICHELLE (id # ), dob: ) Page 112/277
OCT/24/2018/WED 10:01 AM FAX No. P. 005

Geery, Michelle A (MR # )      Encounter Date: 07/31/2017

# Geery, Michelle A

MRN:
Description: 64 year old female

**Op Note** Date of Service: 10/13/17 0001
Creation Time: 10/14/17 0555

**Raz, Shlomo, MD**
Urology
DATE OF OPERATION:
10/13/2017

ASSISTANTS:
Nika Vinson, MD; Patrick Lec, MD.

PREOPERATIVE DIAGNOSIS:
1. Severe complications of multiple mesh surgery (anterior, posterior, and obturator sling).
2. Significant pelvic pain.
3. Post multiple revisions and partial removal of mesh.
4. Large enterocele. Short vaginal canal

POSTOPERATIVE DIAGNOSIS:
1. Severe complications of multiple mesh surgery (anterior, posterior, and obturator sling).
2. Significant pelvic pain.
3. Post multiple revisions and partial removal of mesh.
4. Large enterocele. Short vaginal canal

NAME OF OPERATION:
1. Extensive transvaginal urethrolysis.
2. Exploration of the obturator and adductor fossa for mesh removal.
3. Anterior vaginal wall reconstruction.
4. Enterocele repair.
5. Vaginal vault suspension using a modified sacrospinous ligament fixation.
6. Intraperitoneal removal of foreign body (sutures and mesh)

SURGEON:
Shlomo Raz, MD (P04843)

ASSISTANT:
Lauren N. Wood, MD (P32805)

INDICATIONS:
Mrs. Geery is a patient with severe complications from anterior and posterior Prolift mesh and an obturator mesh (TVTO). The patient has multiple revisions with partial removal, but the mid urethral mesh was never explored. She had uterosacral ligament fixation, multiple rectocele anterior repairs and enterocele repair. The patient presented to us with right hip pain, dyspareunia, coccygeal pain, a very large enterocele, a very short vaginal canal without much incontinence.

In the preoperative evaluation, we did a translabial ultrasound that showed a segment of mesh around the urethra, probably 2 segments in the right side, also close proximity of the mesh to the urethral wall but no anterior or posterior mesh was seen.

Geery, Michelle A (MR # ) Printed by Scott, Victoria C., MD [U0034598] at 10/... Page 1 of 3

**GEERYM_ADVAURO_MDR00329**

From KRISTIN JACKSON 1.407.898.9805 Tue Jan 12 10:34:38 2021 CST Page 113 of 277
Case 6:20-cv-01975-RBD-LHP Document 134-1 Filed 03/17/21 Page 9 of 13 PageID 43531
GEERY, MICHELLE (id , dob )  Page 113/277
OCT/24/2018/WED 10:01 AM    FAX No.    P. 006

Geery, Michelle A (MR # ) Encounter Date: 07/31/2017

DESCRIPTION OF PROCEDURE:
The patient was given intravenous cefoxitin, pneumatic stockings applied to lower extremities, and placed in lithotomy position. After preparation and draping, a Foley catheter was inserted in the bladder and bladder was emptied. Exposure of anterior vaginal wall showed a very short vaginal canal. All the external vaginal canal is occupied by the large enterocele. Marking sutures of 2-0 Vicryl applied to the cuff. The anterior vaginal wall was exposed. The anterior vaginal wall was retracted, fibrotic and fixed. Two oblique incisions were made in the distal vaginal area. Dissection was carried out around the periurethral fascia on each side toward the obturator fascia, and we were able to isolate in each side in the mid urethra the mesh. On the left side, we isolated the mesh from the periurethral tissues, as well as on the left side. Followed the mesh to the obturator fossa. We created a transverse incision on anterior vaginal wall and divided 2 flaps, 1 superior and 1 inferior of the vaginal wall to expose the periurethral tissues. On the right side as shown on the ultrasound, the mesh is deep into the urethral wall and on removal of the mesh it was clear that 1 or 2 mm entrance of urethra occurred due to the deep penetration of the mesh. We recognized and the opening of the urethra was closed with 2 layers of 3-0 Vicryl sutures and no extravasation was seen. The mesh now was followed on the right side. The obturator fascia was opened, detaching the mesh from the obturator internus up to the obturator membrane. A lateral to the labia incision was performed on the right side, dissected the skin and subcutaneous tissue to expose the adductor fascia that was opened. We exposed the adductor longus and gracilis that were split and we were able to find the mesh extending toward the obturator nerve. We were able to isolate the mesh without nerve damage, following the mesh to the descending rim of the pubic bone and detached it. Through the vagina also we freed up the mesh toward the descending rim of the pubic bone and detached it. The mesh was removed in 2 segments but all the mesh in the right adductor fossa and obturator fossa was removed. A laparotomy pad was inserted in the area to prevent bleeding.

Attention was paid to the left side. The obturator fascia was opened. The mesh was detached from the descending rim of the pubic bone and the obturator internus. Lateral to the labia an incision was performed to expose the adductor fascia that was opened. We opened the adductor fascia to expose the adductor longus and gracilis, and we were able to feel and follow the mesh that was going very lateral toward the obturator nerve and on removal of the mesh there was contraction of the obturator nerve that was not injured. We followed the mesh to the descending rim of the pubic bone, as well as the mesh transvaginally and the mesh was removed in 2 segments, 1 vaginal and 1 in the adductor fossa, both removed entirely. A laparotomy pad was inserted in the fossa after copious irrigation. The anterior vaginal wall reconstruction was performed by advancing the flap of the anterior vaginal wall distally to where we had created the 2 flaps. Lateral sutures completed the closure of the anterior vaginal wall.

Attention was paid to the posterior vaginal wall. Marking sutures of the cuff of the vagina were placed. A vertical incision was made in the posterior vaginal wall and immediately under the vaginal tissue a large amount of omentum and fatty tissue was found; the size is around 10-12 cm. We retracted the omentum and entered the peritoneal cavity. The omentum was totally adhered to the bladder into the rectum. Into the lateral pelvic wall was an extensive dissection to free up the omentum. Two laparotomy pads were inserted in the peritoneal cavity, and the bladder retracted anteriorly. Further segment of Prolene sutures and mesh were found in the lateral pelvic wall in the lateral peritoneum that were directed toward the sacrum on both sides. We removed and transected all the suture and mesh material from the posterolateral sac of the enterocele. #1 Vicryl sutures were used from outside the vaginal wall into the peritoneal cavity to include perirectally the origin of the sacrouterine cardinal ligament and after incorporating a strong bite of tissue, we transferred it 1 cm from the original entrance, same maneuver on both sides. Pursestring sutures of #1 Vicryl included the prerectal fascia, lateral peritoneum, and at the bladder base the perivesical fascia. Two pursestring sutures were applied. The laparotomy pads were removed, and the pursestring sutures were tied. The excess of vaginal wall was excised, and the posterior vaginal wall was closed with multiple running locking sutures of 2-0 Vicryl. The

From KRISTIN JACKSON 1.407.898.9805 Tue Jan 12 10:34:38 2021 CST Page 114 of 277
Case 6:20-cv-01975-RBD-LHP Document 134-1 Filed 03/17/21 Page 10 of 13 PageID 43532
GEERY, MICHELLE (id , dob: ) Page 114/277
OCT/24/2018/WED 10:01 AM  FAX No.  P. 007

Geery, Michelle A (MR # ) Encounter Date: 07/31/2017

vault suspensions were tied to provide depth and support to the vaginal cuff. As mentioned, the vaginal canal is extremely short, maybe 5-6 cm but with a large enterocele. Vaginal packing soaked with antibiotic was inserted in the vagina. The patient was transferred to the recovery room in good condition.

DEGREE OF COMPLEXITY: The exploration and removal of mesh from the adductor fossa (gracilis, adductor longus and brevis muscles) and exploration and removal of mesh from the obturator fossa (obturator internus, externus and obturator membrane) is a very complex, delicate and difficult procedure requiring extensive and complex dissection. The mesh was fixed to the periosteum of the pubic bone and the mesh removal required a very delicate and deep dissection of the pubic bone while preserving vascular supply and avoid nerve injury.

COMPLICATIONS:
None.

ESTIMATED BLOOD LOSS:
200 cc.

SPECIMENS:
Mesh and sutures.

Shlomo Raz, MD (P04843)

SR/MODL CONF#: 1500382
D: 10/13/2017 17:07:09 T: 10/14/2017 05:39:01 DOCUMENT: 761283982

Admission (Discharged) on 10/13/2017

Geery, Michelle A (MR # ) Printed by Scott, Victoria C., MD [U0034598] at 10/... Page 3 of 3

GEERYM_ADVAURO_MDR00331

SHANDS AT THE UNIVERSITY OF FLORIDA  
Health Information Management Department  
4002 NW 22nd Drive  
Gainesville FL 32605  
Abstract

Geery, Michelle  
MRN:            , DOB:            , Sex: F  
Adm: 3/16/2016, D/C: 3/17/2016

# Discharge Summaries (continued)

## Discharge Summary by Moawad, Nashat, MD at 03/17/16 1108 (continued)

**PATIENT NAME:** Michelle Geery

**MRN:**

**DATE OF ADMISSION:** 3/16/2016

**DATE OF DISCHARGE:** 3/17/2016

**DATE OF SURGERY:** 3/16/2016

**ADMISSION DIAGNOSES:**

1. Vaginal pain

2. Dyspareunia

3. Vaginal prolapse

4. Complication form vaginal mesh

**DISCHARGE DIAGNOSES:**

1. Vaginal pain

2. Dyspareunia

3. Vaginal prolapse

4. Complication form vaginal mesh

**MAJOR PROCEDURES PERFORMED:**

3/16/16- Excision of posterior mesh, anterior repair, enterocele repair, uterosacral ligament suspension, posterior colpoperineorrhaphy, cystourethroscopy with Dr. Weber

**CONSULTING SERVICES:** None

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Management Department
4002 NW 22nd Drive
Gainesville FL 32605
Abstract

Geery, Michelle
MRN:            , DOB:            , Sex: F
Adm: 3/16/2016, D/C: 3/17/2016

## Discharge Summaries (continued)

### Discharge Summary by Moawad, Nashat, MD at 03/17/16 1108 (continued)

**SUMMARY:** Michelle Geery is a 63 y.o. female, presenting for vaginal pain and vaginal prolapse s/p anterior and posterior repair with mesh. For full history of present illness please see complete history and physical exam. She was admitted on postoperative day due zero and underwent the above procedure without complications. She was transferred to the PACU and then to the floor in stable condition. Following surgery she resumed a regular diet and was started on Tylenol, Ibuprofen, Tramadol, and Oxycodone for pain.

On postoperative day one her foley catheter was removed. A bladder challenge was performed and was failed (Pt unable to void). The patient was taught to self cath but desired replacement of the foley catheter. The foley catheter was replaced. Her pain was well controlled and she was ambulating and tolerating a regular diet. She was then discharged home in good condition. Plan was made for the patient to return to clinic in 1 week for a bladder challenge.

**LABS:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 11.1* | 03/04/2016 |
| HGB | 14.5 | 03/04/2016 |
| HCT | 44.1 | 03/04/2016 |
| MCV | 100.4* | 03/04/2016 |
| MCH | 33.0 | 03/04/2016 |
| MCHC | 32.8 | 03/04/2016 |
| RDW | 14.4 | 03/04/2016 |
| PLATCOUNT | 205 | 03/04/2016 |

**PATHOLOGY:** Pending on discharge

**DISCHARGE INSTRUCTIONS:**

Your foley catheter will remain in place for one week following surgery. In 1 week you will return to clinic for a repeat bladder challenge. This appointment has been requested for you.

A small amount of scar tissue was noted in the posterior part of the vagina during the surgery. Two weeks after surgery we would like you to apply vaginal estrogen to this area to help soften the scar tissue.
Estrace 0.01 vaginal cream- apply 0.5 g per vagina nightly until your post operative visit. ONLY START TWO WEEKS AFTER SURGERY.

**Diet**: No restrictions
**Bathing**: Shower only for 2 weeks

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Management Department
4002 NW 22nd Drive
Gainesville FL 32605
Abstract

Geery, Michelle
MRN:          , DOB:          , Sex: F
Adm: 3/16/2016, D/C: 3/17/2016

## Discharge Summaries (continued)

### Discharge Summary by Moawad, Nashat, MD at 03/17/16 1108 (continued)

**Driving**: No driving while on pain medications.  You may drive when you feel that you can hit the brake without having pain from your surgery
**Activity:** You should lift no more than 15 lbs for four weeks.  You may return to work as directed by your surgeon.
**Sexual Intercourse:** Please refrain until after your post-operative appt or as directed by your surgeon.
**Notify MD for:**  Temperature greater than 100 degrees, drainage or foul odor from incision or vagina, chest pain, shortness of breath, nausea and vomiting, or heavy vaginal bleeding.
**Follow Up: Women's Health Group with Dr. Weber 4/15/16 at 11am**
**Pain Medications:**
Motrin 600mg PO Q6H prn pain
Tramadol 50mg, 1-2 tabs PO Q8H PRN pain
Dilaudid 2 mg, 1/2-1 tabs PO Q4-6H PRN severe pain
Tylenol 650mg, 1 tab every 6 hours as needed for pain

Your pain medications may cause constipation. please use Colace 100 mg twice daily or Dulcolax 20 mg once daily if needed; these medications can be bought at your local pharmacy without a prescription.

Please call 352-265-8200 with any questions or problems.


DISCHARGE MEDICATIONS:

  Medication List
START taking these medications

  traMADol 50 MG Tabs
  Commonly known as:  ULTRAM
  Take 2 Tablets by mouth every 8 hours.

CHANGE how you take these medications

  * HYDROMORPHONE HCL PO
  What changed:  Another medication with the same name was added. Make sure you understand how and when to take each.
  * HYDROmorphone 2 MG Tabs
  Commonly known as:  DILAUDID
  Take 1 Tablet by mouth every 4 hours as needed.
  What changed:  You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.
  * Notice:  This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

CONTINUE taking these medications

  AMBIEN PO

GEERYM_UFHWCP_MDR00019