# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHELLE A. GEERY,

     Plaintiff,

v.

ETHICON INC.,
JOHNSON & JOHNSON,

     Defendants.

Civil Action No.
6:20-cv-01975-RBD-LRH

## THIRD AMENDED
## PLAINTIFF FACT SHEET

     Each plaintiff who allegedly suffered injury as a result of a pelvic mesh product manufactured or sold by Ethicon, Inc. must complete this Plaintiff Fact Sheet. In completing this Fact Sheet, you are under oath and must answer every question and provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and then state that your answer is incomplete and explain why as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you are completing the Fact Sheet for someone who cannot complete the Fact sheet herself, please answer as completely as you can.

     The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production contained in the Fact Sheet are non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude Defendants from seeking additional documents and information on a reasonable, case-by-case basis pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

     In filling out this form, please use the following definition: "healthcare provider" means any doctor, physician, surgeon, pharmacist, hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical care or advice, and any pharmacy, x-ray department, radiology department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in the diagnosis, care and/or treatment of you.

1

In filling out this form, the terms "You" or "Your" refer to the person who received pelvic mesh product(s) manufactured or sold by Ethicon, Inc. and who is identified in Question I.1 (a) below.

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary.

**Plaintiff states her medical records have been made available to Defendants and she has been deposed.   Plaintiff directs Defendants to her medical records and deposition testimony in addition to the answers below.**

## I. BACKGROUND INFORMATION

1) Please state:

   a. Full name of the person who received the pelvic mesh product(s), including maiden name:
      Michelle A. Geery; Maiden name: Decrow

   b. Full name of the person completing this form, if different from the person listed in 1 (a) above, and the relationship of the person completing this form to the person listed in 1 (a) above:   N/A

   c. The name and address of your primary attorney: Douglass A. Kreis, Aylstock, Witkin, Kreis & Overholtz PLLC., 17 East Main Street, Suite 200, Pensacola, FL 32502

2) Your Social Security Number: ███████

3) Your date of birth ███████

4) Your current residence address: ███████████████ FL 32701

If you have lived at this address for less than 10 years, provide each of your prior residence addresses from 2000 to the present:

| Prior Address | Dates You Lived At This Address |
|---|---|
| ███████████ FL 32779 | Approx. 2002-2014 |
| ███████████ FL 32746 | Approx. 1999-2002 |

5)   Have you ever been married?  **Yes_X_No ____**

If yes, provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

███████████ do not know the address, ████████████ 10/1968 - 06/1974: ████
██████████ I do not know the address, █████████ Approx. 04/1977-06/1981;
██████ Deceased, 07/1983 - 12/2000.

6)   Do you have children?  **Yes_X_No ____**

**If Yes**, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from yours) | Whether Biological/Adopte |
|---|---|---|---|
| ██████████ | ██████████ | ██████████ | Biological |
| ██████████ | ██████████ | ██████████ | Biological |
| ██████████ | ██████████ | ██████████ | Biological |
| ██████████ | ██████████ | N/A | Biological |
| ██████████ | ██████████ | ██████████ | Biological |

7)   Identify the name and age of any person who currently resides with you and  their relationship to you:

N/A

8)   Identify all secondary and post-secondary schools you attended, starting with high  school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary Field |
|---|---|---|---|---|
| Miami Carol City High School | 3301 Miami Gardens Dr, Miami Gardens, FL 33056 | 1968 | N/A | GED |
| California State University, Northridge | 18111 Nordhoff St, Northridge, CA 91330 | 1989-1990 | Certificate | Business Administration |

9)    Please provide the following information for your employment history over the past 10 years up until the present:

| Employer Name | Addresses | Job Title/ Description of Duties | Dates of Employment | Salary/Rate of Pay |
|---|---|---|---|---|
| Tru Point Communications Solutions | 1425 W. State Road 434 Suite 109 Longwood, FL 32750 | Office manager | November 2018 – Present | $40,000 per year |
| Unemployed | N/A | N/A | 2009-2018 | N/A |

10)   Have you ever served in any branch of the military? **Yes____No _X_**

      **If Yes**, please provide the following information:

      a.  Branch and dates of service, rank upon discharge and the type of discharge you received:  N/A_____

          _____

      b.  Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition? **Yes____No ____**

      **If Yes**, state what that condition was: N/A_____

      _____

11)   Within the last ten years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? **Yes ____No _X_**

      **If Yes**, please set forth where, when and the felony and/or crime:
            N/A_____

      _____

## II. <u>CLAIM INFORMATION</u>

1)      Please complete the following chart for each implanted Ethicon, Inc. pelvic m e s h product. Insert additional lines as necessary.

| Pelvic Mesh Product <u>and</u> lot number (if sticker affixed, so indicate) | Date and Location of Implant | Reason for Implant | Implanting Doctor and Address |
|---|---|---|---|
| <u>Product No. 1</u>: <u>Gynecare Prolift</u> <u>Ref# PFRT01</u> <u>Lot# 1362890</u> | 05/16/2006 Orlando Regional South Seminole Hospital, 555 West State Road 434, Longwood FL 32750 | Cystocele & rectocele | Dr. Virgil Davila 7416 Red Bug Lake Road, Oviedo, FL 32765 |
| <u>Product No. 2</u>: <u>Gynecare TVT</u> <u>Obturator</u> <u>Ref# 810081</u> Lot# 1402677 | 05/16/2006 Orlando Regional South Seminole Hospital, 555 West State Road 434, Longwood FL 32750 | Stress urinary incontinence | Dr. Virgil Davila 7416 Red Bug Lake Road, Oviedo, FL 32765 |

2)      For each pelvic mesh product identified above, describe your understanding of the medical condition for which you received the pelvic mesh product(s): <u>I understood that my Gynecare Prolift was implanted for my cystocele/rectocele/prolapse and that the Gynecare TVTO was implanted for stress urinary incontinence.</u>

3)      For each Ethicon, Inc. pelvic mesh product identified above, indicate if, prior to implantation, you received any written and/or verbal information or instructions, including any risks or complications that might be associated with the use of the product(s)? Yes <u>X</u> No___ Don't Know ____

     **If Yes:**
     a. Provide the date you received the written and/or verbal information or instructions: <u>This would have been some time in 2006 prior to my implant surgery for the pre-op visit.</u>
     b. Identify by name and address the person(s) who provided the information or instructions: <u>Virgil A. Davila, M.D., 7416 Red Bug Lake Rd, Oviedo, FL 32765</u>
     c. What information or instructions did you receive? <u>Information regarding the procedure and the benefits of the procedure including basic surgical risks and recovery details. The verbal information made me feel comfortable about the procedure and that it was safe. Please also see my deposition testimony on</u>

this subject.

If you have copies of the written information or instructions you received, please attach copies to your response.

4)   For each Ethicon, Inc. pelvic mesh product(s) that remains implanted in you:

a.   Has any doctor recommended removal of the pelvic mesh product(s)?
**Yes____No  X**

**If Yes,** identify by name and address the doctor who recommended removal and  state your understanding of why the doctor recommended removal:

N/A

5)   Have any of the Ethicon, Inc., pelvic mesh product(s) been removed, in whole or in part?
**Yes X  No___Don't Know ___**

**If Yes, for each pelvic mesh product removed provide:**

a.   On what date, where and by whom (doctor) was the pelvic mesh product(s), or any portion of it, removed?
1.) 10/20/2015, AdventHealth Orlando (formally known as Florida Hospital) 601 E Rollins St, Orlando, FL 32803, Kristin M. Jackson, M.D., Gynecare Prolift; Gynecare TVT Obturator revised under general anesthesia. 2.) 03/16/2016, Shands at the University of Florida 1004 NW 22nd Drive, Gainesville, FL 32605, Emily Weber LeBrun, M.D., Gynecare Prolift excised under general anesthesia. 3.) 10/13/2017, UCLA Urology 200 Medical Plaza Driveway #140, Los Angeles, CA 90024, Shlomo Raz, M.D., Gynecare TVT Obturator revised under IV sedation.  Please see my medical records for information about the removal surgeries.

b.   Explain why you consented to have the pelvic mesh product(s), or any portion of it, removed? Per my doctor's recommendation, I consented to a removal and revision procedure in hopes of alleviating some of my pelvic pain, vaginal pain, extreme back pain, dyspareunia, recurrence of prolapse, as well as improve my quality of life. Please also see my deposition testimony on this subject.

c.   Does any medical treater, physician or anybody else on your behalf have possession of any portion of the pelvic mesh product® that was previously implanted in you and removed? **Yes  X  No _____  Don't Know ___**

6

**If Yes,** please state name and address of the person or entity having possession of same. Steelgate Inc., 2307 58th Ave. East. Bradenton, FL 34203

6)   Do you claim that you suffered bodily injuries as a result of the implantation of any Ethicon, Inc., pelvic mesh product(s)? **Yes X  No** _

**If Yes:**

a.   Describe the bodily injuries, including any emotional of psychological injuries, that you claim resulted from the implantation of the pelvic mesh product(s).
The injuries I am claiming related to the mesh include back pain, pelvic pain, mesh extrusion, recurrent infection, urinary problems, bowel problems, recurrence of prolapse, dyspareunia, neuromuscular problems, additional surgery, and nerve damage. In addition to my physical pain and discomfort which I continue to suffer, I also have suffered psychologically and emotionally, including but not limited to; depression, anxiety, loss of intimacy, diminished relationships with my family and friends due to the complications from the mesh. My overall quality of life has diminished due to the constant pain.  Please also see my deposition testimony on this subject.

b.   When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the pelvic mesh product(s)?
I began experiencing problems that I now relate as being caused by the defective mesh product that was implanted, within a few months after the initial surgery. Please also see my deposition testimony on this subject.

c.   When did you first attribute these bodily injuries to the pelvic mesh product(s)?
When my physician (Dr. Jon Sweet) stated that my pain was caused by mesh in August of 2010. I was suffering from pelvic pain, vaginal pain, back pain, frequency, and had developed different health issues that, according to my doctors, were related to the mesh.  Please also see my deposition testimony on this subject.

d.   To the best of your knowledge and recollection, please state approximately when you first saw a health care provider for each of those bodily injuries you claim to have experienced relating to the pelvic mesh product(s):
After the mesh implant surgery on May 16, 2006, I recall experiencing some initial post-surgery discomfort. However, my pain and suffering progressively worsened sometime after I healed from the surgery and later became so severe that I made an appointment to see Dr. Virgil Davila for

<u>my pelvic pain and back pain approximately 3 months after the surgery.
Please also see my deposition testimony on this subject.</u>

e.   Are you currently experiencing symptoms related to your claimed bodily
injuries?
**Yes <u>X</u>   No ____**

**If Yes**, please describe your current symptoms in detail

<u>Currently, I am suffering from pelvic pain, incontinence, recurrent
infections, bowel problems, recurrence of prolapse, dyspareunia,
neuromuscular problems, depression, and anxiety.  Please also see my
medical records and deposition testimony on this subject.</u>

f.   Are you currently seeing, or have you ever seen a doctor or healthcare
provider for each of the bodily injuries or symptoms listed above?
**Yes <u>X</u> No ____**

**If Yes,** please list all doctors you have seen for treatment of any of
the bodily injuries you have listed above.

Please see my medical records for the conditions treated.

| Provider Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Dr. James Badman 631 Palm Springs Drive, Altamonte Springs, FL 32701 | Pelvic pain, bladder pain, rectal leakage, anxiety, depression, primary care | 2005 - Present |
| Dr. Jon F. Sweet 661 East Altamonte Drive, Suites 318 & 328, Altamonte Springs, FL 32701 | Pelvic pain, pain during intercourse, recurrence of prolapse | Approximately 2010 |
| Sanjay Tandon, M.D. 1551 Clay St, Winter Park, FL 32789 | Pelvic pressure, pelvic pain | Approximately 2010 |

| Dr. Virgil Davila<br>7416 Red Bug Lake Road,<br>Oviedo, FL 32765 | Implanting physician, post-operative care, pelvic and back pain | 2005 - 2006 |
|---|---|---|
| G. Willy Davila, MD<br>3100 Weston Road<br>Weston, FL 33331 | Sexual dysfunction, pain during intercourse, abnormal voiding, retention, bladder and vaginal pain, recurrence of prolapse | 2010 |
| Todd Hartley, MD<br>251 Maitland Ave Ste 207<br>Altamonte Springs, FL 32701 | Pain, nerve issues | 2007 - 2008 |
| Emily Weber LeBrun, MD<br>1600 SW Archer Rd,<br>Gainesville, FL 32608 | Recurrence of prolapse, pelvic pain, voiding dysfunction | 2016 |
| Kristin Jackson, MD<br>235 E. Princeton Street, Suite 200, Orlando, FL 32804 | Vaginal pain, pelvic pain, back pain, dyspareunia, urinary dysfunction, recurrence of prolapse, pelvic floor physical therapy | 10/2012 – Present |
| Steven Goll, MD<br>555 W FL-434, Longwood,<br>FL 32750 | Back pain, low back pain, leg pain, | 2006-Present |
| Shlomo Raz, MD<br>220 Medical Plaza Driveway,<br>Los Angeles, CA 90024 | Removal surgery, pelvic pain, recurrence of prolapse, mesh erosion | 2017 |
| Ann A. Ashley Gilbert, MD<br>707 Ballard St # 1000,<br>Altamonte Springs, FL 32701 | General OBGYN health | 06/2020-Present |

  g.  Were you hospitalized at any time for the bodily injuries you listed above?

      Yes <u>X</u>  No <u>  </u>

    **If Yes**, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| UCLA Obstetrics and Gynecology; 220 Medical Plaza Driveway, Los Angeles, CA 90024 | Complications with multiple mesh surgeries, pelvic pain, enterocele | <u>10/13/2017</u> |

9

| | | |
|---|---|---|
| AdventHealth Orlando (formally known as Florida Hospital) 601 E Rollins St, Orlando, FL 32803 | Pelvic pain, back pain, vaginal pain | 10/25/2015 |
| Shands at the University of Florida 1004 NW 22nd Drive, Gainesville, FL 32605 | Vaginal pain, dyspareunia, vaginal prolapse, complications from mesh | 3/16/2016 |
| Orlando Health Orlando Regional Medical Center, 52 W Underwood St, Orlando, FL 32806 | Back surgery due to pelvic and back pain | 2013 |

7) Other than the Ethicon, Inc. pelvic mesh product(s) that are the subject of your lawsuit, have you been implanted with any other pelvic mesh products? **Yes \_\_\_\_ No  X**

   **If Yes**, please provide the following information:

   a. Product Name(s):  N/A

   b. Date of implantation procedure(s) and name and address of implanting doctor(s):
      _____N/A_____

   c. Condition(s) sought to be treated through placement of the device(s):
      _____N/A_____

   d. Whether the product(s) remain implanted inside of you today? **Yes \_\_\_No \_\_\_\_**

8) Are you making a claim for lost wages or lost earning capacity?

   **Yes \_\_\_ No  X**

   **If Yes**, state the annual gross income you derived from your employment for each year, beginning five years prior to the implantation of the pelvic mesh product(s) until the present:  N/A

9) Are you making a claim for lost out-of-pocket expenses?

   **Yes X No \_\_\_\_\_**

   **If Yes**, please identify and itemize all out-of-pocket expenses you have incurred**:** Record recollection is ongoing. Supplements will be made as documents are

<u>received.</u>

10) Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the pelvic mesh product(s)?

Yes____No _X_

**If Yes,** identify by name and address the person who filed the loss of consortium claim, state the relationship of that person to you, and state the nature of the claim:

_____N/A_____

11) Please indicate whether the consortium plaintiff is alleging any of the claimed damages set forth below and itemize the alleged damages/expenses:

| Claims | Yes/ No | Itemized Damages/Expenses |
|---|---|---|
| Loss of services of spouse | N/A | **Not applicable** |
| Impaired sexual relations | N/A | **Not applicable** |
| Lost wages/ lost earning capacity | N/A | |
| Lost out-of-pocket expenses | N/A | |
| Physical injuries | N/A | **Not applicable** |
| Psychological Injuries/ Emotional Injuries | N/A | **Not applicable** |
| Other | N/A | **Not applicable** |

12) Please list the name and address of any healthcare providers the consortium plaintiff has seen for treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to the loss of consortium claim.
N/A_____

13) Have you or anyone acting on your behalf had any communication, oral or written, with any of the defendants or their representatives, other than your attorneys?

Yes____No_X_Don't Know ___

**If Yes**, set forth the date of the communication, the method of communication, the name of the person with whom you communicated, and the substance of the communication between you and any defendants or their representatives:
_____N/A_____

_____

### III. <u>MEDICAL BACKGROUND</u>

1) Provide your current age: ▇▇▇▇▇▇   Height <u>5'4"</u>   Weight <u>225 lbs</u>

2) At the time you received each pelvic mesh product(s), please state:

   Your age ▇▇▇▇▇▇ Your approximate weight <u>180 lbs</u>

3) State number of vaginal births you have had? <u>2</u>

4) State the number of cesarean section births you have had? <u>2</u>

5) In chronological order, list any and all surgeries, procedures, or hospitalizations you had in the 10-year period **BEFORE** implantation of the pelvic mesh product(s); identifying by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and providing the approximate date(s) for each. Insert additional rows as necessary.

| Doctor or Healthcare Provider Involved (including address) | Description of Surgery Hospitalization | Approximate. Date |
|---|---|---|
| Clifford P. Clark III, M.D., P.A.; 701 W Morse Blvd, Winter Park, FL 32789 | Tummy tuck | 1998 |
| I cannot recall doctor seen. Orlando Health South Seminole Hospital, 555 W FL-434, Longwood, | Incontinence surgery (using autologous tissue) | 1996 |
| I cannot recall doctor seen; Orlando Health South Seminole Hospital, 555 W FL-434, Longwood, | Dysplasia surgery | 1996-1998 |
| Joseph C. Tutorino, MD; 661 E Altamonte Dr., Altamonte Springs, FL 32701 | Meniscus Surgery | Approximately 2005 |

6) In chronological order, list any and all surgeries, procedures, or hospitalizations you had **AFTER** the implantation of the pelvic mesh product(s); identifying by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each. Insert additional rows as necessary.

| Doctor or Healthcare Provider Involved (including address) | Description of Surgery/ Hospitalization | Approximate Date |
|---|---|---|
| Stephen R. Goll, M.D, 25 W Crystal Lake St, Orlando, FL 32806 | Lumbar spine surgery - XLIF | 7/07/2009 |
| Hall B. Whitworth, Jr. MD, 2320 N Orange Ave, Orlando, FL 32804 | Atrial fibrillation | 07/2018 |
| Kristin Jackson, MD 235 E. Princeton Street, Suite 200, Orlando, FL 32804 at Florida Hospital in Orlando | Excision of vaginal mesh & cystoscopy | 10/20/0215 |
| Emily Weber Lebrun, MD 1600 SW Archer Road, Gainesville, FL 32608 | Bilateral pudendal nerve block | 3/4/2016 |
| Emily Weber Lebrun, MD 1600 SW Archer Road, Gainesville, FL 32608 at Shands at the University of Florida | Excision of posterior mesh | 3/16/2016 |
| Dr. Shlomo Raz 220 Medical Plaza Driveway, Los Angeles, CA 90024 | Extensive transvaginal urethrolysis, exploration of the obturator and adductor fossa for mesh removal, anterior vaginal wall reconstruction. | 10/13/2017 |
| UCLA Ronald Raegan Medical Center. 757 Westwood Plaza, Los Angeles, CA 90095 | High fever, respiratory infection RSV | 10/2017 |
| Sand Lake Imaging; 1640 N. Maitland Avenue. Maitland, FL32751 | MRI of Lumbar Spine | 03/09/2020 |

7) To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital, or other health care provider from which you have received medical advice and/or treatment for the past **10 years**. Insert additional rows as necessary.

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Steven Rosenberg, MD; Allergist | 685 Palm Springs Dr #1e, Altamonte Springs, FL 32701 (407) 331-6244 | 1995 - 2017 |

13

| Eugene M. Pascarella, DPM; Podiatrist | 661 E Altamonte Dr, Altamonte Springs, FL 32701 (407) 339-7759 | 2018-Present |
|---|---|---|
| William Honeycutt, MD; Neurology | 301 N Maitland Ave, Maitland, FL 32751 (407) 647-5996 | 2017 |
| Joseph C. Tutorino, MD; Orthopedic surgeon | 661 E Altamonte Dr., Altamonte Springs, FL 32701 (407) 303-5126 | 2005 - present |
| Brian Jager, MD; Anesthesiologist | 711 E Altamonte Dr, Altamonte Springs, FL 32701 (407) 303-9662 | 2016 - Present |
| Kirti Kalidas, MD, ND; Naturopathic practitioner | 6651 Vineland Rd #150, Orlando, FL 32819 (407) 355-9246 | 2018 |
| Paul Sawin, MD; Neurosurgery | 1605 W Fairbanks Ave, Winter Park, FL 32789 (407) 975-0200 | 05/2020 |
| David Bennett, DC; Chiropractor | 901 Douglas Avenue, Suite 100, Altamonte Springs, FL 32714 (407) 660-1200 | 07/2020 |
| Scott J. Pollak, M.D., F.A.C.C Cardiology | 1745 North Mills Avenue Orlando, Florida 32803 407-841-7151 | 05/2020-Present |
| Martin Yungmann, DO; Dermatology | 106 Boston Avenue, Suite 105, Altamonte Springs, FL 32701 (407) 834-9091 | 08/2020-Present |
| Barry S. Kang, M.D Otolaryngology | 107 Hermits Trail, Altamonte Springs, FL 32701 (407) 834-9120 | 06/2020 |
| Fyzical Therapy and Balance Centers | 133 Benmore Dr STE 100, Winter Park, FL 32792 (407) 644-6325 | Approx. 07/2020-09/2020 |

8)   Please describe your physical activities associated with daily living, physical fitness, household tasks, and employment-related activities *before* the implantation of each pelvic mesh product.

Before the mesh implant surgery, I participated in physical activities such as: walking, working out, household tasks, yard work, running errands, traveling, sailing, theatre, and spent time with family and friends. I had an active sex life without pain.  Please also see my deposition testimony on this subject.

14

9) Please describe your physical activities associated with daily living,
physical fitness, household tasks, and employment-related activities *after*
the implantation of the pelvic mesh product(s).

    After being implanted with mesh, I still try to participate in physical activity
however, I have a harder time doing the normal household chores such as
cleaning, cooking, laundry, and yard work.  It takes me more time to complete
those tasks or running errands due to the constant pain and discomfort. Spending
time with children, grandchildren, and friends is more difficult due to the pain. My
sex life is nonexistent, which in turn has affected romantic relationships and my
emotional status as I am not able to perform sexually, and be intimate due to the
severe pain with intercourse. If I travel or go out to events, I often have to utilize a
wheelchair due to my limitations and pain. I am not the same active woman I once
was due to all of my pain and complications.  Please also see my deposition
testimony on this subject.

10) To the best of your knowledge, have you suffered from any of the following:

| Medical Condition | | Sought treatment for? | Indicate whether condition occurred pre-implant, post-implant or both (explain, if necessary) |
|---|---|---|---|
| Adhesions | Yes _X_ | Yes _X_<br>No ____ | Pre _X_ Post _X_ |
| Bleeding or Clotting Disorders<br><br>If **Yes**, please specify disorder: N/A | Yes ____ | Yes ____<br>No ____ | Pre ____ Post ____ |
| Bowel Obstruction | Yes _X_ | Yes _X_<br>No ____ | Pre ____ Post _X_ |
| Bowel Perforation | Yes ____ | Yes ____<br>No ____ | Pre ____ Post ____ |
| Cancer<br><br>If **Yes**, please specify type: N/A | Yes ____ | Yes ____<br>No ____ | Pre ____ Post ____ |
| Chronic Constipation | Yes _X_ | Yes _X_<br>No ____ | Pre ____ Post _X_ |

| | | | |
|---|---|---|---|
| Collagen Disorder/Deficiency | Yes **X** No ___ | Yes ___ No **X** | Pre____Post **X** |
| Connective Tissue Disorder<br><br>If **Yes**, please specify disorder: <u>Pre-lupus</u> | Yes **X** No ___ | Yes **X** No ___ | Pre____Post **X** |
| Crohn's Disease, Irritable Bowel Syndrome, Ulcerative Colitis, or Chronic Diarrhea | Yes ___ | Yes ___ No ___ | Pre____Post ____ |
| If **Yes**, please specify which condition and treatment prescribed: N/A | | | |
| Cystocele | Yes **X** | Yes **X** No ___ | Pre **X**___Post **X** |
| Diabetes | Yes ___ | Yes ___ No ___ | Pre      Post |
| Diverticulitis | Yes **X** | Yes **X** No ___ | Pre____Post **X** |
| Dyspareunia | Yes **X** No ___ | Yes **X** No ___ | Pre      Post **X** |
| Enterocele | Yes **X** | Yes **X** No ___ | Pre **X**___Post **X** |
| Fistulas | Yes ___ | Yes ___ No ___ | Pre ___  Post ___ |
| Hernias | Yes **X** No ___ | Yes **X** No ___ | Pre **X** Post |
| Hypertension or High Blood Pressure | Yes **X** No ___ | Yes **X** No ___ | Pre **X** Post **X** |
| Hypotension or Low Blood Pressure | Yes ___ | Yes ___ No ___ | Pre____Post ____ |

16

| Immune System Disease or Dysfunction including HIV/AIDS<br><br>If **Yes**, please specify condition: <u>Pre-lupus</u> | **Yes** <u>X</u> | **Yes** <u>X</u><br>**No** ___ | **Pre** ___ **Post** <u>X</u><br>___      ___ |
| Malnutrition | **Yes** <u>X</u> | **Yes** <u>X</u><br>**No** ___ | **Pre**      **Post** <u>X</u> |
| Muscle or Muscle-Wasting Disorder<br><br>If **Yes**, please specify disorder: N/A | **Yes** ___ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Neuromuscular Disease or Disorder | **Yes** ___ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |

| If **Yes**, please specify disorder: N/A | | | |
| Obesity | **Yes** <u>X</u> | **Yes** <u>X</u><br>**No** ___ | **Pre** <u>X</u>   **Post** <u>X</u> |
| Pelvic Trauma<br><br>If **Yes**, please describe trauma: <u>Shortened Vagina</u> | **Yes** <u>X</u> | **Yes** <u>X</u><br>**No** ___ | **Pre** ___ **Post** <u>X</u> |
| Pelvic Tumors or Fibroids | **Yes** <u>X</u> | **Yes** <u>X</u><br>**No** ___ | **Pre** <u>X</u> **Post** ___ |
| Peritonitis/Sepsis | **Yes** ___ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Rectocele | **Yes** <u>X</u> | **Yes** <u>X</u><br>**No** ___ | **Pre** <u>X</u>   **Post** <u>X</u> |

| | | | |
|---|---|---|---|
| Recurrent or Chronic Vaginal or Bladder Infections<br><br>If **Yes**, please specify location and nature of infections:  Recurrent UTIs | **Yes** **X** | **Yes** **X**<br>**No** | **Pre** **Post** **X** |
| Recurrent Vaginal Pain<br><br>If **Yes**, please describe the nature of pain experienced: Constant, debilitating pain in my pelvic area radiating to my back | **Yes** **X** | **Yes** **X**<br>**No** | **Pre** **Post** **X** |
| Urinary Incontinence | **Yes** **X** | **Yes** **X**<br>**No** | **Pre** **X** **Post** **X** |
| Urinary Retention | **Yes** **X** | **Yes** **X**<br>**No** | **Pre** **X** **Post** **X** |
| Uterine Prolapse | **Yes** **X** | **Yes** **X**<br>**No** | **Pre** **X** **Post** **X** |
| Vaginal Vault Prolapse | **Yes** **X** | **Yes** **X**<br>**No** | **Pre** **X** **Post** **X** |

| | | | |
|---|---|---|---|
| Wound Healing Problems<br><br>If **Yes**, please explain: N/A | **Yes**<br>**No** **X** | **Yes**<br>**No** | **Pre** **Post** |
| Any other disease of the gut, intestines, or bowels<br><br>If **Yes**, please specify condition (s): Nutritional absorption issues, adrenal issues | **Yes** **X**<br>**No** | **Yes** **X**<br>**No** | **Pre** **Post** **X** |

18

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THE FOLLOWING QUESTIONS ARE CONFIDENTIAL AND SUBJECT TO  THE PROTECTIVE ORDER APPLICABLE TO THIS CASE.**



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

19

11)   Have you experienced menopause? Yes  **X**     No  ___

      **If Yes**, at what age did it begin?  Approximately 41

12)   Have you undergone vaginal estrogen therapy, hormone therapy, or systemic estrogen replacement therapy (ERT)? Yes **X** No ___

      **If Yes**, please provide the type of therapy you received, date(s) of the therapy, and the name and address of the healthcare provider providing the therapy.
      Estrogen cream (Premarin), Approximately 2014, G. Willy Davila, MD; 3100 Weston Road Weston, FL 33331.  Progesterone, November 2018, Kirti Kalidas, MD, ND; 6651 Vineland Rd #150, Orlando, FL 32819.

13)   Do you now or have you ever smoked tobacco products?     **Yes X No** ____

      **If Yes**:

      a)  How long have/did you smoke?
          Approximately 5-10 years, stopped in approximately 1979

          _____

14)   List each prescription medication you have taken **for more than 3 months at a time, within the last 5 years prior to implant to present,** giving the name and address of the pharmacy where you received/filled the medication, the reason you took the medication, and the approximate dates of use.

| Medication and Dosage | Pharmacy (Name and Address) |
|---|---|
| Diltiazem 24 ER 240 mg ; HBP; Approx. 2000-Present | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |
| Olmesartan medoxomil 20 mg; Approx. 2000-Present; HBP | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |
| Atenolol 25 mg; Approx. 2000-Present; HBP | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |
| Clonazepam 1 mg; Anxiety; Approx. 2015-Present | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |
| Docusate sodium 100 mg; Stool Softener; Approx. 10/2017-Present | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |

| | |
|---|---|
| Oxybutynin 5 mg; Bladder spasms, Approx. 10/2017-Present | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |
| Ambien 10 mg; Sleep; Approx. 2006-Present | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |
| Armor Thyroid 30 mg; Thyroid; Approx. 2009-2018 | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |
| Premarin Cream; vaginal dryness; Approx. 2014-Present | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |
| Hydromorphone 4mg; Severe pain; Approx. 2006-Present | Walgreens, 1201 W. State Road 436, Altamonte Springs, FL 32714 |
| Valium; 5mg; Pelvic pain; Approx. 2016 | CVS, 1098 Montgomery Rd, Altamonte Springs, FL 32714 |

## IV. **INSURANCE INFORMATION**

1) Provide the following information for any past or present medical insurance coverage within the last 10 years:

| Insurance Company (Name and Address) | Policy Number | Name of Policy Holder/Insured (if different than you) | Approx. Dates of Coverage |
|---|---|---|---|
| Medicare: 7500 Security Boulevard, Baltimore, Maryland 21244 | ███ | N/A | 04/2014 – Present |
| AARP United HealthPO Box 740819 Atlanta, GA 30374 | ███ | N/A | 10/207- Present |

2) Have you ever been denied life insurance for reasons relating to your health?

**Yes____ No__X_ Don't Know ____**

**If Yes**, please state when the denial occurred, the name of the life insurance company, and the company's reason for denial:
        N/A
_____

3) To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition or any other reason or basis?

**Yes <u>X</u>   No <u>     </u>**

**If Yes**, please specify the following:

a) The date on which you first became eligible: <u> 04/2014                        </u>

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## V. <u>PRIOR CLAIM INFORMATION</u>

1) Have you filed a lawsuit or made a claim in the last 10 years, other than in the present suit relating to any bodily injury?

**Yes<u>     </u>No <u>X</u>**

**If Yes**, please specify the following:

a) Court in which suit/claim filed or made: <u>N/A                                     </u>

b) Case/Claim Number: <u>N/A                                               </u>

c) Nature of Claim/Injury: <u>N/A                                          </u>

2) Have you applied for workers' compensation (WC), Social Security disability (SSI or SSD) benefits, or other state or federal disability benefits within the past 10 years?

**Yes<u>  X  </u>No <u>     </u>**

**If Yes**, please specify the following:

a) Date (or year) of application: <u>  Approximately 2012                     </u>

b) Type of benefits sought <u>Social Security Disability                     </u>

c) Agency/Insurer from which you sought the benefits: <u>Social Security Disability   </u>

d) The nature of the claimed injury/disability: <u> Torn ACL, pain                </u>

e)      Whether the claim was accepted or denied:  Accepted _____

## VI.  FACT WITNESSES

1) Please identify all persons who you believe possess information concerning your injury(ies) and current medical conditions, other than your healthcare providers, and please state their name address and his/her/their relationship to you:

| Name | Address | Relationship to You | Information you Believe Person Possesses |
|------|---------|--------------------|------------------------------------------|
| | | Daughter | All information pertaining to my injuries and mesh complications. |
| | | Daughter | All information pertaining to my injuries and mesh complications. |
| | | Family Friend | All information pertaining to my injuries and mesh complications. |
| | | Daughter | All information pertaining to my injuries and mesh complications. |
| | | Daughter | All information pertaining to my injuries and mesh complications. |
| | | Close friend | All information pertaining to my injuries and mesh complications. |

## VII.  IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION

For the period beginning three years prior to implantation of the pelvic mesh product(s) to present, please identify all research, including on-line research, you have conducted regarding the subjects of this litigation, including the implantation of the pelvic mesh product(s), the injuries and/or damages you claim resulted from the implantation of the pelvic mesh product(s), or your medical or physical condition. Identify date, time, and source, including any websites visited. Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.

I was able to find an FDA warning online via the FDA website: www.fda.gov. approximately in 2012. I am also part of a support group for women on Facebook, which I joined sometime in 2017. Aside from this, I have not conducted any other research regarding this litigation. Please also see my deposition testimony on this subject.

23

## VIII.  **DOCUMENT REQUESTS**

1) **RELEASES**.

   **NOTE:   Please sign and attach to this Fact Sheet the authorizations for the   release of records appended hereto.**

2) **DOCUMENTS.** State whether you have any of the following documents in  your possession, custody, and/or control. If you do, please provide a true and correct copy of any such documents with this completed Fact Sheet.

   a)    If you were appointed by a court to represent the plaintiff in this lawsuit,  produce any documents demonstrating your appointment as such.

       i.    Not Applicable  __X__

       ii.    The documents are attached_____[OR] I have no documents _____

   b)    If you represent the estate of a deceased person in this lawsuit, produce a copy  of the decedent's death certificate and autopsy report (if applicable).

       i.    Not Applicable  __X__

       ii.    The documents are attached_____[OR] I have no documents _____

   c)  Produce any communications (sent or received) in your possession, which shall include materials accessible to you from any computer on which you have sent or received such communications, concerning the pelvic mesh product(s) or subject litigation, including but not limited to all letters, e-mails, blogs, Facebook posts, tweets, newsletters, etc. sent or received by you. Research conducted to understand the legal and strategic advice of your counsel is not  considered responsive to this request.

       i.    Not Applicable _____

       ii.    The documents are attached___X___[OR] I have no documents_____

   d)    Produce all documents (including journal entries, lists, memoranda,  notes, diaries), photographs, video, DVDS or other media, including all  copies, discussing or referencing the subjects of this litigation including the pelvic mesh product(s), the injuries and/or damages you claim resulted from the pelvic mesh product(s), or evidencing your physical condition from three years prior to  the implantation of the pelvic mesh product(s) to present, including but not limited to the injuries  for  which you claim relief in this lawsuit. Research conducted  to understand the legal and strategic advice of your counsel is not  considered responsive to this request.

        i.      Not Applicable _____

        ii.     The documents are attached_____[OR] I have no documents ___X___

e)     Produce any pelvic mesh product packaging, labeling, advertising, or any other pelvic mesh product product-related items in your possession, custody or control.

        i.      Not Applicable _____

        ii.     The documents are attached_____[OR] I have no documents ___X___

f)     Produce all documents concerning any communication between you and the Food and Drug Administration (FDA) or between you and any employee or agent of the Defendants, regarding the pelvic mesh product(s) at issue, except as to those communications which are attorney client/work product privileged.

        i.      Not Applicable _____

        ii.     The documents are attached_____[OR] I have no documents ___X___

g)     Produce all documents in your possession, custody or control evidencing or relating to any correspondence or communication between Ethicon, Inc., (or any of its related companies or divisions) and any of your doctors, healthcare providers, and/or you relating to the pelvic mesh product(s), except as to those communications which are attorney client/work product privileged.

        i.      Not Applicable _____

        ii.     The documents are attached_____[OR] I have no documents ___X___

h)     Produce any and all documents in your possession, custody or control reflecting, describing, or in any way relating to any instructions or warnings you received prior to implantation of any pelvic mesh product(s) concerning the risks and/or benefits of your surgery, including but not limited to any risks and/or benefits associated with the pelvic mesh product(s).

        i.      Not Applicable _____

        ii.     The documents are attached_____[OR] I have no documents ___X___

i)     Produce any and all documents reflecting the model number and lot number of the pelvic mesh product(s) you received.

        i.      Not Applicable _____

ii.     The documents are attached___X___[OR] I have no documents _____

j)     If you underwent surgery to explant in whole or in part the pelvic mesh product(s) that you received: produce any and all documents in your possession, custody or control aside from documents that may have been generated by experts retained by your counsel for litigation purposes, relating to any evaluation of the pelvic mesh product(s) and any other material that was (were) surgically removed from you.

i.     Not Applicable _____

ii.     The documents are attached___X___[OR] I have no documents _____

k)     If you claim lost wages or lost earning capacity, copies of your federal and state tax returns for the two years prior to implantation of the pelvic mesh p r o d u c t (s) to the present.

i.     Not Applicable ___X___

ii.     The documents are attached_____[OR] I have no documents _____

If you do not produce the required tax returns, you must provide fully completed authorizations for the release of federal and state tax returns.

l)     All documents in your possession, custody or control concerning payment by Medicare on the injured party's behalf relating to the injuries claimed in this lawsuit, including but not limited to Interim Conditional Payment summaries and/or estimates prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

i.     Not Applicable _____

ii.     The documents are attached_____[OR] I have no documents ___X___

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## VERIFICATION

I, Michelle Geesre, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated 12/15/2020  and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

**Signature of Plaintiff**

## VERIFICATION OF LOSS OF CONSORTIUM

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

**Signature of Consortium Plaintiff**

26