# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br><br>*Michelle Geery v. Ethicon, Inc., et al.*<br>Case No. 2:14-cv-09072 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## AFFIDAVIT OF MICHELLE GEERY

I, the undersigned, MICHELLE GEERY, being of lawful age and after being duly sworn upon my oath do state as follows:

1. The information contained in this Affidavit is based upon my personal knowledge.

2. Dr. Virgil Davila was the surgeon who implanted the Prolift and TVT-O transvaginal mesh devices in me on May 16, 2006. I reviewed the deposition of Virgil Davila, M.D. taken on July 18, 2019.

3. Dr. Davila testified he would have advised me of the risks of the Prolift and TVT-O listed in Paragraph 4 of this Affidavit if he had known of those risks prior to my being implanted Prolift and TVT-O. If Dr. Davila had advised me of any of the risk(s) listed in Paragraph 4 of this Affidavit I would not have agreed to have the Prolift or TVT-O implanted in me and would never have been injured by the products.

1

4. Dr. Davila testified he would have advised me of the following risks during our risk/benefit discussion before I was implanted with Prolift and TVT-O if he had known about them at that time:

a. Prolift

    i. The original study on Prolift failed its primary endpoint. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 37:13-38-10.)

    ii. Ethicon's chief medical director believed a reasonable argument could be made that the risks of Prolift outweighed the benefits at the time of launch. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 38:11-39:10.)

    iii. Ethicon never investigated mesh contraction prior launching Prolift. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 39:11-40:6.)

    iv. Ethicon knew the contraction rate of Prolift was 20-40% (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 40:7-41:24.)

    v. Ethicon never investigated the risk of chronic pain with the Prolift. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 40:25-41-21.)

    vi. The inventors of Prolift's main concern with the device was contraction and they wanted to create a new material before the Prolift was ever launched. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 42:9-43:1.)

    vii. Ethicon medical director Axel Arnaud believed if exposure and shrinkage were due to the mesh, the material should have been changed

and never put in the Prolift. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 43:2-43:24.)

viii. Ethicon launched Prolift without studying whether the Prolift mesh could be removed if complications arose with the mesh. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 43:25-44:14.)

ix. Ethicon medical director Axel Arnaud wanted to change the Prolift package insert (IFU) to include a warning that use of mesh could lead to complications such as vaginal erosion and retraction which could interfere with sexual intercourse, but Ethicon never made the change. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 50:7-51:23.)

x. Ethicon knew there was a risk of pelvic pain in patients which may not resolve regarding the mesh. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 152:14-154:6.)

xi. Ethicon knew there was a risk of pain with intercourse which in some patients may never resolve. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 152:14-154:6.)

xii. Ethicon knew there was a risk of excessive shrinking or contraction around the mesh that could cause vaginal scarring, vaginal tightening and potentially vaginal shortening. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 152:14-154:6.)

b. TVT-O

   i. Ethicon knew there was a risk of pain with intercourse which in some patients may never resolve. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 69:13-19; 71:7-21.)

   ii. Ethicon knew there was a risk of acute and/or chronic pain. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 69:20-21; 71:7-21.)

   iii. Ethicon knew there was a risk of neuromuscular problems, including acute and/or chronic pain in the groin, leg, pelvic and abdominal area. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 69:22-25; 71:7-21.)

   iv. Ethicon knew there was a risk of one or more revision surgeries may be necessary because of these adverse reactions. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 70:1-4; 71:7-21.)

   v. Ethicon knew there was a risk in some cases in which the mesh needs to be removed in part or whole, significant dissection may be required. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 70:5-8; 71:7-21.)

   vi. Ethicon knew there was a risk of excessive contraction or shrinkage of the tissue surrounding the mesh. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 70:12-17; 71:7-21.)

   vii. Dr. Davila was taught by Ethicon (through training and the IFU) that any inflammatory reaction from the TVT-O would be temporary and any complication regarding the inflammation would be temporary as

opposed to permanent and lifelong. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 62:4-13.) Had Dr. Davila known the risk of inflammation regarding the TVT-O was not transient or temporary, but could be chronic and lifelong, he would have advised me. (Deposition of Virgil Davila, M.D., July 18, 2019 at pgs. 70:18-71:6.)

_____
Michelle Geery

STATE OF FLORIDA
COUNTY OF Seminole

BEFORE ME, the undersigned authority to administer oaths and take acknowledgment, this __ day of 28 August, 2019, personally appeared Michelle Geery, who ( ) is personally know to me, or ( ) has produced FL DL as identification, after being duly sworn, certifies that the information furnished in the foregoing is true and correct to the best of his/her knowledge and belief.

_____
NOTARY PUBLIC
Print: Christian Barrett
Commission No.: GG 215336
My Commission Expires: May 08 2022

CHRISTIAN BARRETT
MY COMMISSION # GG 215336
EXPIRES: May 8, 2022

5